UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE G. CALLAHAN

V                                                           # 05 2170 RBW

GALE A. NORTON – SECRETARY
U.S. DEPARTMENT OF INTERIOR

AFFIDAVIT OF SERVICE

I, George G. Callahan, mailed the summons and complaint registered mail on November 11, 2005 to; the U.S. Attorney.

[Certified mail return receipt card showing:
Article Addressed to: U.S. Attorney, 501 3rd St. NW, Washington DC 20001
Article Number: 7005 1160 0002 9273 3138
Service Type: Certified Mail]

George G. Callahan
532-20th Street NW
Washington DC 20006
(202) 3471668

RECEIVED
DEC 20 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT