UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE G. CALLAHAN

V                                                                                    # 05 2170 RBW

GALE A. NORTON – SECRETARY
U.S. DEPARTMENT OF INTERIOR

AFFIDAVIT OF SERVICE

I, George G. Callahan, mailed the summons and complaint registered mail on November 11, 2005 to; The U.S. Attorney General – Department of Justice.

[Domestic Return Receipt card, PS Form 3811, addressed to: U.S. Attorney General, DOJ, 650 Pennsylvania Ave NW, Washington DC 20530. Article Number: 7005 1160 0002 9273 3114. Certified Mail checked.]

George G. Callahan
532-20th Street NW
Apt. #108
Washington DC 20006
(202) 3471668

RECEIVED
DEC 20 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT