UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


GEORGE G. CALLAHAN

V                                                                                           # 05 2170  RBW

GALE A. NORTON – SECRETARY
U.S. DEPARTMENT OF INTERIOR


AFFIDAVIT OF SERVICE

I, George G. Callahan, mailed the summons and complaint registered mail on November 11, 2005 to; Gale A. Norton – Secretary – U.S. Department of Interior.

George G. Callahan
532-20th Street NW
Apt. #108
Washington DC 20006
(202) 3471668

RECEIVED
DEC 2 0 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT