UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


GEORGE G. CALLAHAN

VS                                                          1:05 CVO2170 - RBW

GALE A. NORTON – SECRETARY
U.S. DEPARTMENT OF INTERIOR


MOTION FOR COURT APPOINTED COUNSEL


A. Any savings I have are needed to be held for ongoing treatment for;
   1. Nasal Cancer (Dr. R. Siegel – Professor of Medicine – G.W. Hospital MFA)
   2. Prostate Cancer (Dr. R. Siegel – Professor of Medicine – G.W. Hospital MFA)
   3. Skin Cancer (Dr. R. Siegel – Professor of Medicine – G.W. Hospital MFA)

B. I don't earn sufficient income to pay attorneys fees.


*[signature]* 1/10/06

George G. Callahan
532-20th Street NW Apt. #108
Washington DC 20006-5027
(202) 3471668

RECEIVED
JAN 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

I, George G. Callahan will mail a copy of this motion to;

        Gale A. Norton, Secretary
        U.S. Department of Interior
        1849-C St. NW
        Washington DC 20240

        U.S. Attorney
        501 3rd St NW
        Washington DC 20001

        U.S. Attorney General
        D.O.J.
        650 Pennsylvania Ave NW
        Washington DC 20530

On January 11, 2006

        *(signature)*
        George G. Callahan
        532-20th St NW
        Apt #108
        Washington DC 20002
        (202) 347-1668

This is for a case already existing in this court