UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE G. CALLAHAN,            )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )
Gale Norton, Department        )   Civil Action No. 05-2170 RBW
of the Interior,               )
                               )
        Defendant.             )

MOTION TO POSTPONE SCHEDULING
CONFERENCE AND ORDER

Plaintiff, George G. Callahan, respectfully moves to postpone the scheduling conference and order herein until after July 22, 2006, for the following reason:

Plaintiff has another EEO complaint for reprisal against defendant (involving the proposal to remove him from service) which he filed on January 23, 2006, after investigation by an EEO counselor, which should be decided by the agency by July 22, 2006, and if this matter is not resolved by that date, plaintiff plans to move to amend his complaint herein to include said additional claim. Accordingly, plaintiff is moving to postpone the scheduling conference and Order until after July 22nd.

Defendant's counsel has advised that he consents to this motion.

Respectfully submitted,

GEORGE G. CALLAHAN
Plaintiff Pro Se
523 20th Street, NW, Apt. 108
Washington, DC 20006-5027
(202) 347-1668

RECEIVED
JUN - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Postpone Scheduling Conference and Order, and proposed Order, were mailed to W. Mark Nebeker, Assistant United States Attorney, 555 Fourth Street, N.W., Apt. 108, Washington, D.C. 20006-5027, on this 7th day of June, 2006.

GEORGE G. CALLAHAN
Plaintiff Pro Se