UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE G. CALLAHAN, )
 )
      Plaintiff, )
 )
v. )   Civil Action No. 05-2170 RBW
 )
GALE NORTON, Department )
of the Interior, )
 )
      Defendant. )

ORDER

Upon consideration of the plaintiff's motion to postpone the scheduling conference and scheduling order until after July 22, 2006, and the defendant having consented thereto, it is by the Court this _____ day of June, 2006,

Ordered that the scheduling conference herein set for June 12, 2006, and the scheduling order are hereby postponed until a future date to be set after July 22, 2006.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, DC 20530

GEORGE G. CALLAHAN
523 20th Street, N.W.
Apt. 108
Washington, DC 20006-5027