UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE G. CALLAHAN, | ) | |
| Plaintiff | ) | |
| | ) | Civil Action |
| | ) | No. 05-2170 RBW |
| v. | ) | |
| | ) | |
| | ) | |
| GALE NORTON, Department of the | ) | |
| Interior, | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel as attorney for plaintiff in the above-captioned case.

/s/ _____

A. PATRICIA FROHMAN

4832 46TH St, NW

Washington, DC 20016

(202) 537 – 6114

Bar No. 089516