UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE G. CALLAHAN, )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-2170 RBW
)
)
GALE NORTON, Department of the )
    Interior, )
)
    Defendant. )

ORDER

Upon consideration of the motion of plaintiff to amend the complaint and the record herein, it is by the Court this _____ day of _____, 2006,

ORDERED that plaintiff's motion to amend the complaint hereby is granted, and the proposed amended complaint submitted by the plaintiff is hereby received and filed as the complaint herein.

_____
JUDGE

A. Patricia Frohman
4832 46th Street, N.W.
Washington, D.C. 20016

W. Mark Nebeker
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530