UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE G. CALLAHAN, )
)
    Plaintiff, )
)
v. )
) Civil Action No. 05-2170 RBW
GALE NORTON, Department of the )
    Interior, )
)
    Defendant. )

ERRATA

Plaintiff submits herewith the document identified as Attachment C in the Memorandum of Points and Authorities in support of his motion for summary judgment filed herein on August 30, 2006, since said Attachment C was mistakenly omitted from the aforesaid filing.

Respectfully submitted,

*A. Patricia Frohman*
A. PATRICIA FROHMAN, Bar #089516
Attorney for Plaintiff
4832 46th Street, N.W.
Washington, D.C. 20016
(202) 537-6114