Dianne A. Spriggs
EEO Program Manager
National Park Service
U.S. Department of Interior
1849 C Street NW
(0008)
Washington DC 20240 – 0001


George G. Callahan
532-20th Street NW Apt. #108
Washington DC 20006 – 5027


RE: EEO Complaint of George Callahan – Docket # FNP 2006036

Dear Ms Spriggs

  I am writing to request the amendment of my complaint for the above docketed EEO Complaint.

  By memorandum dated June 22, 2006 I was advised that the proposal to remove me from Federal Service had been rescinded and that it was being proposed to suspend me from my job for 41 days. All specifications charged in the June 22 2006 memorandum are virtually the same as those previously charged except the first specification has been dropped. Since the specification in this memo are like or related to those involved in my EEO Complaint and I have not received a decision on my complaint, I am requesting that my complaint be amended to include the action the action against me proposed in the June 22, 2006 memo, as permitted by 29 CFR 1614 – 106 (d).

I am sending this request for amendment rather than my attorney, A.P. Frohman Esq., because she has injured her right hand and is temporarily unable to sign her name however, if you wish to speak to her she can be reached at (202) 5376114. Thank you.

                                               Sincerely



RECEIVED JUL 12 2006 NATIONAL PARK SERVICE EQUAL OPPORTUNITY OFFICE

George G. Callahan

*Plaintiff's Motion to Amend Complaint*
*Civil Action 05-2170 RBW*
*Attachment C*