```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

GEORGE G. CALLAHAN              )
                                )
     Plaintiff,                 )
                                )
     v.                         ) Civil Action No. 05-2170 RBW
                                )
DIRK KEMPTHORNE, Secretary,     )
  U.S. Department of            )
  the Interior,                 )
                                )
     Defendant.                 )
_____)
```

## ORDER

Upon consideration of the Defendant's Motion For Partial Summary Judgment And To Strike, the grounds stated therefore, and based upon the entire record herein, it is this ____ day of _____, 2006, hereby

ORDERED that Defendant's Motion For Partial Summary Judgment And To Strike should be and it hereby is granted; and it is,

FURTHER ORDERED that judgment be and is hereby entered in favor of Defendant as to Count I of Plaintiff's Amended Complaint and paragraphs 5 through 25 of the Amended Complaint be and are hereby stricken.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

GEORGE G. CALLAHAN                    A. PATRICIA FROHMAN, ESQ.
523 20th Street, N.W., Apt. 108       4832 46th Street, N.W.
Washington, DC  20006-5027            Washington, DC 20016