```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

GEORGE G. CALLAHAN              )
                                )
     Plaintiff,                 )
                                )
     v.                         ) Civil Action No. 05-2170 RBW
                                )
DIRK KEMPTHORNE, Secretary,     )
  U.S. Department of            )
  the Interior,                 )
                                )
     Defendant.                 )
                                )
```

### DEFENDANT'S NOTICE REGARDING COUNSEL FOR PLAINTIFF

Defendant hereby advises the Court of information received regarding Counsel for Plaintiff, Alice P. Frohman, Esq.  On October 23, 2006, undersigned counsel learned, with great sadness, from another friend of Ms. Frohman, Ms. Doreen McCarthy, that Ms. Frohman had fallen ill, was hospitalized and is in a coma.  Defendant has filed this date Defendant's Motion For Partial Summary Judgment And To Strike, and brings this information to the Court's attention to ensure that the Court has the information in considering how to schedule further briefing,

whether to call for additional service of the motion,[1] and whether to issue an order pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988).

          Respectfully submitted,

 

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[1] Counsel for Defendant feels constrained to limit service to counsel for this represented party, unless specifically authorized to mail a copy of the motion to Plaintiff directly.

CERTIFICATE OF SERVICE

    I hereby certify that service of the foregoing Defendant's Notice Regarding Counsel For Plaintiff has been made through the Court's electronic transmission facilities on this 27th day of October, 2006.

                                                W. MARK NEBEKER, DC Bar #396739
                                                Assistant United States Attorney
                                                Civil Division
                                                555 4th Street, N.W.
                                                Washington, DC  20530
                                                (202) 514-7230