```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

GEORGE G. CALLAHAN             )
                               )
    Plaintiff,                 )
                               )
        v.                      ) Civil Action No. 05-2170 RBW
                               )
DIRK KEMPTHORNE,[1] Secretary, )
  U.S. Department of           )
  the Interior,                )
                               )
    Defendant.                 )
_____)

**NOTICE OF FILING**

Defendant hereby files the exhibits referenced in Defendant's Motion for Partial Summary Judgment and To Strike, filed on October 27, 2006. The exhibits, which are voluminous, will be filed in accordance with the Court's ECF rules, and a courtesy copy delivered to chambers.

                                    Respectfully submitted,

                                    _____
                                    JEFFREY A. TAYLOR, DC Bar #498610
                                    United States Attorney


                                    _____
                                    RUDOLPH CONTRERAS, DC Bar #434122
                                    Assistant United States Attorney


                                    _____
                                    W. MARK NEBEKER, DC Bar #396739
                                    Assistant United States Attorney

---

    [1] Mr. Kempthorne has been substituted as the proper defendant by operation of Fed. R. Civ. P. 25(d).

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that service of the foregoing Defendant's Notice Of Filing and exhibits has been made through the Court's electronic transmission facilities on this 30th day of October, 2006.

 

```
                                _____
                                W. MARK NEBEKER, D.C. Bar #396739
                                Assistant United States Attorney
                                Civil Division
                                555 4th Street, N.W.
                                Washington, DC  20530
                                (202) 514-7230
```