FORM DI-1892
REV. 10/92

UNITED STATES DEPARTMENT OF THE INTERIOR
COMPLAINT OF DISCRIMINATION (Please Type or Print)

1. Complainant's name: Callahan, George G.
   Street Address: PO Box 65434
   City, State, & Zip Code: Washington DC 20035
   Social Security Number: [redacted]
   Home Phone: (202) 331-1224 (Ext #411)

   Place of Employment: Nat'l. Cap. Pk. Ctr.
   Address: 900 Ohio Dr. - SW - WDC
   Work Phone: (202) 426-6841, 485-9695
   Are you working for Federal Government: yes ✓ no __
   Job Title, Series, Grade: Interp. Pk. Ranger 0025

2. DOI Office which you believe discriminated against you:
   Name: National Park Serv.
   Region: National Cap. Reg.
   City, State: 900 Ohio Dr. SW Washington DC

3. Bases for believing you were discriminated against: (Check one or more, providing specific information.)
   __ Race, _____
   __ Color, _____
   __ Religion, _____
   __ Sex, _____
   __ National Origin, _____
   __ Age, _____
   __ Physical Handicap, _____
   __ Mental Handicap, _____
   ✓ Reprisal, _____
   * Please see attachment

4. Allegation(s) of discrimination: (For each allegation state the bases, the date, and the specific incident causing you to believe that you have been discriminated against. For example, I was discriminated against on the bases of race and sex when, on January 1, 1992, I was not selected for the position of Analyst (Use additional pages as necessary.))

   * Please see attachment

5. I have discussed my complaint with an EEO Counselor: yes ✓ no __ If yes, name of counselor: Mike Weinstein
   Date you first contacted the counselor: Aug. 29, 2000

6. Have you presented allegation(s) to another forum: (If so please indicate.)
   __ Negotiated Grievance Procedure   __ Merit Systems Protection Board   __ Court (Civil Action)

7. List the remedies which you believe will resolve your complaint: (Use additional pages as necessary)

   * Please see attachment

8. Date of this complaint: 12/1/2000   Complainant's signature: [signature]

9. For use by Agency
   Complaint Docket Number: FNP-2001-___ 018   Date Stamp: [RECEIVED DEC 2000 NATIONAL PARK SERVICE EQUAL OPPORTUNITY OFFICE]

Exhibit ___
Page 1 of 4 pages

George G. Callahan
P.O. Box 65434
Washington, DC 20035
SS # 041 – 32 –8673

November 30, 2000

Regarding # 3 – Since the resolution of my EEOC complaint (Callahan v. Interior, 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X) I have been subjected to ongoing reprisals and retaliatory conduct by agency personell.

Regarding # 4 – Ongoing failure to honor U.S Department of Interior/National Park Service EEOC Resolution Agreement (EEOC Case Nos. 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X, Agency Case Nos. FNP-97-047).

   a. Discriminatory failure to promote – Ongoing –

   b. Charging me unfairly and illegally with AWOL (Absent Without Leave) – Ongoing –

   c. Unfair and illegal offset of my wages – Ongoing -

Regarding # 7 – To award me the position, pay and benefits I would have received had I not been subjected to retaliatory conduct, including, but not limited to, restoration of all pay. Correcting and expunging all AWOL from my records and returning all illegal/wrongfully offset of my wages.

Personal Representative/Attorney:

A P. Frohman Esq.
4832 – 46th Street NW
Washington, DC 20016
(202) 537 – 6114

_[signature]_
George G. Callahan

Exhibit 1
Page 2 of 4 pages