Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CALLAHAN, GEORGE G. | ███████ | ███-41 | 07-20-98 |

**FIRST ACTION**

| 5-A Code | 5-B Nature of Action |
|---|---|
| 101 | CAREER COND APPT |
| 5-C Code | 5-D Legal Authority |
| ZLM | EEOC CASE #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X |
| 5-E Code | 5-F Legal Authority |
| | |

**SECOND ACTION**

| 6-A Code | 6-B Nature of Action |
|---|---|
| | |
| 6-C Code | 6-D Legal Authority |
| | |
| 6-E Code | 6-F Legal Authority |
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | PARK RANGER (INTERPRETATION) 3408 -I0099 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0025 | 04 | 04 | $23798 | PA |

| 12A Basic Pay | 12B Locality Adj | 12C Adj Basic Pay | 12D Other Pay | 20A Basic Pay | 20B Locality Adj | 20C Adj Basic Pay | 20D Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $23798 | $0 | $23798 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | NATIONAL CAPITAL REGION<br>NATIONAL CAPITAL PARKS-CENTRAL<br>DIV OF INTERPRETATION & RECREN<br>NATIONAL MALL<br>WASHINGTON, D.C. |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 – 1-None  3-10-Point/Disability  5-10-Point/Other<br>2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 2 – 0-None  2-Conditional<br>1-Permanent  3-Indefinite | M  SEX | YES X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C  COVERED BY BASIC FEGLI | 9  NOT APPLICABLE | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 07-20-98 | F  FULL – TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FSLA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 – 1-None  3-SES General<br>2-5-Point  4-SES Career Reserved | N – E-Exempt<br>N-Nonexempt | | 1830 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA, DISTRI |

| 40. AGENCY DATA | 41. VET-STAT. | 42. EDUC. LVL. | 43. SUPV. IND. | 44. POSITION-SENSITIVITY |
|---|---|---|---|---|
| FUNC. CLS. 00 | X | 07 | 8 | NON SENSITIVE |

CK-D..: 8

45. Remarks

SPECIAL RATE UNDER 5 U.S.C. 5305.
CODE "K" IN BLOCK 30 INDICATES COVERAGE BY FERS AND FICA
APPOINTMENT AFFIDAVIT EXECUTED 07-20-98
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
APPOINTMENT SUBJECT TO COMPLETION OF ONE YEAR INITIAL PROBATIONARY PERIOD
BEGINNING 07-20-98
  SERVICE COUNTING TOWARD CAREER TENURE FROM 07-20-98

