U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE
1400 L Street, N.W., Suite 200
Washington, D.C. 20005

|  |  |  |
|---|---|---|
| George Callahan, | ) | |
| Complainant, | ) | EEOC Case Nos. 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X |
| v. | ) | |
| Bruce Babbitt, Secretary, U.S. Department of the Interior, | ) | Agency Case Nos. FNP-97-047 |
| Agency. | ) | |

## RESOLUTION AGREEMENT

In accordance with the terms set forth below, the parties hereby agree to resolve the above-captioned complaint of discrimination.

By executing this Resolution Agreement the parties hereby agree to resolve all of the claims raised in George Callahan's (hereinafter, the Complainant) complaint of discrimination in the above-captioned matter, including his requested relief including an Interpretative Ranger position with the National Park Service and back-pay, and any other monetary or other claims not specifically referenced herein, whether known or unknown, which have been filed or could have been filed by him against the U.S. Department of the Interior (hereinafter, the Agency) through the date of execution of this Resolution Agreement.

By executing this Resolution Agreement, Complainant withdraws and dismisses with prejudice his complaint of discrimination, and any other action not specifically identified or



George Callahan Resolution Agreement
Page 2

referenced herein which Complainant has filed or may have filed against the Agency through the date of execution of this Resolution Agreement, and agrees not to institute, file or otherwise initiate or cause to be instituted, filed or initiated on his behalf, any complaint or other action, including civil court litigation, against the Agency, its bureaus, offices, agents or employees (past or present) in their official or individual capacities, which could have been filed by him through the date of execution of this Resolution Agreement.

ACCORDINGLY, IT IS AGREED:

1. That Complainant shall be provided with the position of Interpretative Park Ranger, GS-4 Step 4 at the National Mall.

2. That Complainant shall be entitled to the lump sum of $15,000 in full and complete satisfaction of all claims and monetary relief, including but not limited to claims for back-pay, compensatory damages, attorney's fees, expenses, benefits, or interests. Payment of this sum shall be made in the form of a check payable jointly to Complainant, George Callahan and Complainant's attorney, A. Patricia Frohman. Complainant's attorney agrees to distribute the settlement proceeds to the Complainant. This payment shall be made without any deduction of taxes. It is understood that taxes due, if any, on the payment shall be the responsibility of Complainant and/or his attorney.

3. That this Resolution Agreement shall not constitute or be construed as an admission of liability or fault on the part of the Agency or any of its agents, servants, and employees (past or present), and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of further litigation and appeals. As

George Callahan Resolution Agreement
Page 3

such, the parties agree that this Resolution Agreement concerning its existence or terms shall not be used as evidence in any pending or future civil or administrative action against the Agency.

4. That the parties to this Resolution Agreement warrant that they have not assigned or transferred any of the claims released herein to other persons, parties or entities.

5. That in executing this Resolution Agreement, the Complainant represents and agrees that he has thoroughly discussed all aspects of this Agreement with his counsel, that he is fully aware of his rights to discuss any and all aspects of this matter with an attorney of his choice, that he has read carefully and understands fully all of the provisions of this Agreement, and that he is entering voluntarily into this Agreement. This Agreement shall be binding upon the parties, including but not limited to their agents, representatives, executors, and administrators.

6. That this Agreement, which is being created in the form of duplicate originals, contains the complete understanding between the parties. The parties have no other oral or written understandings, promises or agreements that are not incorporated herein. No other promises or agreements shall be binding or shall modify this Agreement unless signed by the parties hereto.

7. That the parties agree that should the parties fail to honor its obligations as set forth in this Resolution Agreement for any reason not attributed to acts or conduct by the other party, the provisions outlined in 29 C.F.R. § 1614.504 shall govern.

<u>George Callahan Resolution Agreement</u>
Page 4

IN WITNESS WHEREOF, the parties hereto, intending to be legally bound, have stipulated and agree to the foregoing:

_____    Date 6-17-98
GEORGE CALLAHAN
Complainant

_____    Date 6-17-98
A. PATRICIA FROHMAN, ESQ.
Complainant's Representative

_____    Date 6/26/98
TERRY CARLSTROM
Regional Director
National Park Service

_____    Date June 22, 1998
WAN B. CHANG, ESQ.
Agency Representative