Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CALLAHAN, GEORGE G. | ███████ | ████41 | 10-20-98 |

### FIRST ACTION

| 5-A Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N3M | REG 335.102 EXCEPT TO COMP |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
|  |  |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
|  |  |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
|  |  |

7. FROM: Position Title and Number
PARK RANGER (INTERPRETATION)
3408     -I0099

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0025 | 04 | 04 | $23798 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $23798 | $0 | $23798 | $0 |

14. Name and Location of Position's Organization
NATIONAL CAPITAL REGION
NATIONAL CAPITAL PARKS-CENTRAL
DIV OF INTERPRETATION & RECREN
NATIONAL MALL
WASHINGTON, D.C.

15. TO: Position Title and Number
PARK RANGER (INTERPRETATION)
3408     -I0099

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0025 | 05 | 04 | $25297 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $25297 | $0 | $25297 | $0 |

22. Name and Location of Position's Organization
NATIONAL CAPITAL REGION
NATIONAL CAPITAL PARKS-CENTRAL
DIV OF INTERPRETATION & RECREN
NATIONAL MALL
WASHINGTON, D.C.

### EMPLOYEE DATA

23. Veterans Preference: 1 - None
24. Tenure: 2 - Conditional
25. Agency Use: EA
26. Veterans Preference to RIF: YES

27. FEGLI: COVERED BY BASIC FEGLI
28. Annuitant Indicator: NOT APPLICABLE
29. Pay Rate Determinant: 0

30. Retirement Plan: K  FERS AND FICA
31. Service Comp. Date (Leave): 07-20-98
32. Work Schedule: F  FULL - TIME
33. Part-Time Hours Per Biweekly Pay Period

### POSITION DATA

34. Position Occupied: 1
35. FLSA Category: E - Exempt
36. Appropriation Code:
37. Bargaining Unit Status: 1830

38. Duty Station Code: 11-0010-001
39. Duty Station: WASHINGTON, DISTRICT OF COLUMBIA, DISTRI

| 40. Agency Data | 41. | 42. | 43. | 44. Position Sensitivity |
|---|---|---|---|---|
| CLS. 00 | X | 07 | 8 | NON SENSITIVE |

45. Remarks:
SPECIAL RATE UNDER 5 U.S.C. 5305.
CODE "K" IN BLOCK 30 INDICATES COVERAGE BY FERS AND FICA



46. Employing Department of Agency
INT-NAT'L PARK SVS

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| IN10 | 2902 | 10-22-98 |

50. Signature/Authentication and Title of Approving Official
*[signature]* PERSONNEL OFFICER

Exhibit 13B
Page 1 of 1 pages

5-Part  50-316    9/10/27/98    2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238