

Form DI-2002
September 1997

# U.S. DEPARTMENT OF THE INTERIOR
## EMPLOYEE PERFORMANCE PLAN AND RESULTS REPORT

| | |
|---|---|
| Employee's Name: George Callahan | Rating Period: Oct. 1, 1998 - Sept. 30, 1999 |
| Title/Series/Grade: Park Ranger GS-0025-04 | Bureau/Office: DOI/NPS |
| Duty Location: National Capital Parks-Central, The National Mall | Social Security No.: ▮▮▮▮▮ |

| PART I. PERFORMANCE PLAN<br><br>CRITICAL RESULTS *(List no more than five)* | RESULTS (Enter: *Achieved or Not Achieved*) |
|---|---|
| A. Achieves certification and maintains competency. If certification has not been achieved, continued progression towards certification will be demonstrated. Maintaining competency and progression towards certification will be determined by the supervisor. (See attached work plan). | Achieved |
| B. Helps ensure the enjoyment and quality of visitor experience by maintaining professional work standards, including proper communication channels and techniques, with visitors, staff, and management, proper use of radios, and timeliness. | Achieved |
| C. | |
| D. | |
| E. | |

**PERFORMANCE INDICATORS:** Appraisals should fairly reflect the overall performance of an employee. Performance indicators identify those characteristics (such as quality, teamwork, customer service) that are important to successful performance in each critical result. In appraising an employee's performance, the rating official will carefully review the performance indicators in assessing whether a particular critical result has been achieved by the employee.

Generally, an employee will not be rated as "Results Not Achieved" in the critical result to which a particular performance indicator applies where there is only one failure in that performance indicator. It follows, of course, that a repetition of failures in a single performance indicator can be the basis for a "Results Not Achieved" rating for the critical result if, in the rating official's judgement, the critical result was not met overall. There may be situations where a single, particularly significant failure to maintain the level of performance expected in a particular performance indicator could warrant a determination that the employee will receive a "Results Not Achieved" for the applicable critical result. A significant failure could include, for example, harm to persons or property, a loss of a great amount of money or resources, or a breach of security.

*Circle or underline the applicable critical result letter(s).*

| QUALITY | Apply to Critical Result(s): |
|---|---|
| **Knowledge of Field or Profession:** Maintains and demonstrates technical competence and/or xpertise in areas of assigned responsibility. | All   A   B   C   D   E |
| **Accuracy and Thoroughness of Work:** Plans, organizes, and executes work logically. Anticipates and analyzes problems clearly and determines appropriate solutions. Work is correct and complete. | All   A   B   C   D   E |
| **Soundness of Judgment and Decisions:** Assesses tasks objectively and researches and documents assignments carefully. Weighs alternative courses of action, considering long and short term implications. Makes and executes timely decisions. | All   A   B   C   D   E |
| **Effectiveness of Written Documents:** Written work is clear, relevant, concise, well organized, grammatically correct, and appropriate to audience. | All   A   B   C   D   E |
| **Effectiveness of Communications:** Presentation meets objectives, is persuasive, tactful, and appropriate to audience. Demonstrates attention, courtesy, and respect for other points of view. | All   A   B   C   D   E |
| **Timeliness of Meeting Deadlines:** Completes work in accordance with established deadlines. | All   A   B   C   D   E |
| **Effectiveness of Supervision:** Directs and coordinates activities of unit, assuring deadlines are met. Coaches, counsels, develops, and utilizes staff effectively, demonstrating a commitment to the work force. | All   A   B   C   D   E |
| **Other (specify):** | |

| TEAMWORK | Apply to Critical Result(s): |
|---|---|
| **Participation:** Willingly participates in group activities, performing in a thorough and complete fashion. Communicates regularly with team members. Seeks team consensus. | All   A   B   C   D   E |
| **Team Leadership:** Provides encouragement, guidance, and direction to team members as needed. Adjusts style to fit situation. | All   A   B   C   D   E |
| **Cooperation:** Supports team initiatives. Demonstrates respect for team members, accepts the views of others, and actively supports team decisions. | All   A   B   C   D   E |
| **Other (specify):** | All   A   B   C   D   E |

| CUSTOMER SERVICE | Apply Critical Result(s): |
|---|---|
| **Quality of Service:** Delivers high quality products and service to both external and internal customers. Initiates and responds to suggestion for improving service. | All   A   B   C   D   E |
| **Timeliness of Service:** Delivers quality products and service, in accordance with time schedules agreed upon with customer. | All   A   B   C   D   E |
| **Courtesy:** Treats external and internal customers with courtesy and respect. Customer satisfaction is high priority. | All   A   B   C   D   E |
| **Other (specify):** | All   A   B   C   D   E |

**Performance Agreement to Achieve & Maintain Competency at the GS-05 Level**

**George Callahan**, Park Ranger                **Loren Goering**, Supervisory Park Ranger

Goal 1 - Integrate Module 101 principles into all aspects of interpretive services.
    Examine talk outlines and adjust as appropriate.
    Review with Supervisor.
    Develop strategies with Supervisor to obtain additional developmental opportunities as needed.
    Completed by _Continuous_

Goal 2 - Start collecting interpretive contacts for the Informal Interpretation Log.
    Collect eight useable contacts.
    Review with Supervisor using the rubric.
    Submit log for Informal Interpretation (102) Assessment.
    When notification is received, either revise and resubmit or **maintain competency.**
    Completed by _Will reasses after Module 101 Training._

Goal 3 - Produce tape for Formal Interpretation (103) Assessment.
    Submit outline for talk.
    Develop talk for assessment.
    Tape talk.
    Review tape with Supervisor using the rubric.
    Either submit or try again.
    When notification is received, either review comments and tape, revise and re-submit or **maintain competency.**
    Completed by _Dec 31 1998_
    Test tape reved with supervisor.

Supervisor will:
    Provide training.
    Provide review.
    Provide advice.
    Provide research.

| PART II. PROGRESS REVIEWS: *Date of review and initials of employee and Rating Official(R.O.)* must *also be provided for each review. A summary of comments is optional unless results are not being achieved.* | |
|---|---|
| Beginning work of interpretive programs. 103 Filming will be done by 5/1/98. | Date: 12/19/98<br>Emp. Initials: GCC<br>R.O. Initials: LG |
| DOES GOOD JOB. HAS BEEN OUT SICK THE MAJORITY OF THE YEAR. | Date: 10-10-1999<br>Emp. Initials:<br>R.O. Initials: |

**PART III. SUMMARY RATING:** (Enter: *Achieved or Not Achieved* on this line) **RESULTS**  ACHIEVED
*Space is provided to summarize the basis for rating given. A "Results Not Achieved" rating requires explanation; if more space is needed, provide additional comments as an attachment.*

**PART IV. CERTIFICATION:** *(Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form.)*

| Performance Plan: *(Sign when plan is established)* | Summary Rating: *(Sign when report is completed)* | | |
|---|---|---|---|
| Employee: [signature] | Date: 10/8/98 | Rating Official: [signature] | Date: 10-10-99 |
| Rating Official: [signature] | Date: Oct 8, 1998 | Reviewing Official (required for summary of "Results Not Achieved"): [signature] | Date: 10/12/99 |
| Reviewing Official: [signature] | Date: 10/15/98 | Employee: [signature] | Date: 10-10-99 |

*Privacy Act Notice:* Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.