

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Parks–Central
900 Ohio Drive, S.W.
Washington, D.C. 20024-2000

IN REPLY REFER TO:

July 26, 2000

**MEMORANDUM**

TO: Jennifer Epstein

FROM: Consuella Joy

SUBJECT: Correction to Grievance dated July 13, 2000

This memorandum is in response to the grievance response letter written on July 13, 2000 from Arnold Goldstein. The grievance contained an error that has been corrected in the attached letter. The previous letter stated, "On August 29, 1999, you were promoted to Park Ranger, GS-025-07/2." However, this was an error. The effective date of your promotion was September 12, 1999. Attached you will find a grievance letter that reflects a change in this statement.

*[signature: Consuella Joy]*





CORRECTED

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Parks–Central
900 Ohio Drive, S.W.
Washington, D.C. 20024–2000

IN REPLY REFER TO:

July 26, 2000

To: Jennifer Epstein

From: Arnold Goldstein, Superintendent

Subject: Formal Grievance

This is in response to your January 3, 2000 grievance filed in accordance with section 7-09, Step 02, Grievance Procedures, Labor Management Contract between the International Brotherhood of Painters and Allied Trades and National Capital Region, National Park Service, Department of the Interior. This grievance concerns a request for retroactive promotion and back pay due to interpretive competencies.

In making a decision on the case, we have given consideration to the following:
1) Your official personnel folder
2) Written supervisory recommendation for promotion.
3) National Park Service Merit Promotion Plan, FPM Chapter 35, 11a dated 9/91
4) X-118 Qualifications Handbook for General Schedule Positions
5) 5 CFR 550, Subpart H. Sec 550, 805-Back Pay
6) Code of Federal Regulations; §330.102

In an effort to cover all matters of concern to you, I have grouped the issues into various categories as follows:

A) Promotion:

In your grievance you have stated that based on your SF-50's, you were due for promotion to the GS-7 on August 16, 1998 and to the GS-09 on January 17, 1999.

The National Park Service Merit Promotion Plan, Chapter 335,11.A requires the following standards to be met for successive career promotions of an employee in an identified career ladder position:

1) Employee entered the occupation competitively with the full performance level made known to all candidates;

2) Meets qualifications requirements; and
3) Demonstrates ability to perform at the next higher level.

The plan further states, " Promotion of a person occupying a position in a career ladder is not automatic or mandatory. A person may be promoted only upon attaining the qualifications required for promotion and with the recommendation of the supervisor."

The X-118, Qualifications Standards for positions under the General Schedule requires the completion of one year of specialized experience equivalent to the next lower grade level for promotion from one level to the next.

Specialized experience is derived from the Park Ranger, GS-025 classification standards and the position description. The GS-07 Park Ranger is required to develop interpretive programs, select the most appropriate ways to impact information to visitors, and give a first-hand experience to the visitors. Audits, coaches, and other rangers in the interpretive program develop interpretive materials such as pamphlets, exhibits, and signs. The GS-09 Park Ranger develops and presents surveys, lectures, multi-media shows, structured and impromptu tales, guided tours, on and off-site programs to schools, community groups, etc., employing appropriate interpretive techniques and devices geared to the characteristics and interests of particular audiences. The ranger also participates in planning the interpretive program and providing direction and training to rangers in the implementation and obligation of interpretive materials.

A review of your Official Personnel Folder resulted in the following: you were appointed at NACC on June 8, 1998 to a Park Ranger, GS-025-05 with full performance level of Park Ranger, GS-025-09. On September 12, 1999, you were promoted to Park Ranger, GS-025-07/2.

In response to your grievance, Lee Werst, your supervisor recommended that you be promoted from a Park Ranger, GS-025-05 to GS-025-07 effective September 27, 1998 and to a Park Ranger, GS-025-09 effective October 10, 1999.

Mr. Werst determined that you had mastered informal interpretation by September 18, 1998, when you submitted your logs to him for evaluation. He also audited your interpretive talk at the Lincoln Memorial. Mr. Werst stated that the Lincoln Memorial program met the requirements for an effective interpretive program. He also stated that the only element delaying your promotion was a favorable response from the Interpretive Competency Program. Mr. Werst has stated that you have been presenting education programs very successfully. Your October 5, 1999 Mt. Vernon presentation met the standards for a successful educational program. You also prepared and presented a conducted activity program.

Based on the review of the information cited above and all pertinent rules and regulations, it is my decision that your promotion actions be corrected to reflect promotion from Park Ranger GS-025-05 to Park Ranger GS-025-07 effective September

27, 1998. In addition, you will be promoted from Park Ranger GS-025-07 to Park Ranger GS-025-09 effective October 10, 1999.

All monies involved in this decision will be paid via regular bi-weekly payroll methods, with appropriate tax deductions being made. Monies will be paid in a lump sum, and will be reflected in the adjustment column of your leave and earnings statement. We anticipate payment to be made by pay period 2000-18 (pay date of September 7, 2000), unless the complexity of the payment requires manual intervention by the Denver Payroll Office. If payment is not received by September 7, 2000, please contact Ms. Mary Luppino at (202) 426-9299.

B) Back Pay

The settlement of your grievance is not covered under the provisions of Back Pay, 5 U.S.C. 5596 (6)(1)(2)(A) and (4). Because your promotion is not mandatory but discretionary with the agency, and there is no requirement in law regulation or the collective bargaining agreement mandating the promotion at any specific time, any payments offered by the agency in settlement of your grievance would not be considered "Back Pay" under the Back Pay Act. Therefore, your request for interest has been denied.

If my decision is not satisfactory, you may submit a grievance in writing to Terry Carlstrom, Regional Director, within fifteen (15) calendar work days after receipt of this decision.

/s/ Arnold M. Goldstein

# Memorandum

To:      Suzanne Kelley, Acting Site Manager

From:   Lee Werst, Supervisory Park Ranger

Date:   2/24/00

Re:     Promotion of Jennifer Epstein

---

I recommend that Jennifer Epstein's promotion to GS-7 be dated effective 27 September 1998.

I have supervised Jennifer since she arrived at NACC on 8 June 1998. Since that time, she has achieved on all elements of her performance appraisals. The primary delay in promotion she has encountered has been due to the Interpretive Development Program (Competencies).

Jennifer has actively participated in the program since her arrival on the National Mall but was unable to achieve formal certification in all the elements before her promotion eligibility date. In my opinion, she had mastered informal interpretation by 18 September 1998 when she submitted logs of her informal contacts for my evaluation. Before that time I had observed and audited her interpretive talk at the Lincoln Memorial. In my opinion that program met the requirements for an effective formal interpretive program. The only reason for my not recommending her for promotion to GS-7 at that time was the requirement for formal certification in the GS-5 competencies.

In addition, it is my opinion that Jennifer could perform at the GS-9 level right now. She has been presenting education programs since the Fall of 1998 and has been very successful. I watched a tape of her Mt. Vernon education program presented on 5 October 1999. In my opinion that program met the standards for a successful educational program. Before that time she had also prepared and presented a conducted activity program, which I felt was a very good effort. In my opinion, it met the standards for conducted activities. Based on these circumstances I recommend that Jennifer's promotion to GS-9 should be effective 10 October 1999.