P4021 (NCR)

FEB - 1 2001

Memorandum

To:        Rachel C. Gomez, Park Ranger, National Capital Parks - Central

From:      Associate Regional Director, Administration, National Capital Region

Subject:   July 23, 2000, Formal Grievance

On July, 13, 2000, you received a decision which was in response to your January 16, 2000, grievance. Your present grievance is based upon the fact that Superintendent Goldstein's decision did not grant you a retroactive promotion to the GS-09, nor did it provide you with a promotion to the GS-09 at the time of the decision.

The decision not to promote you to a GS-09 was based upon the information provided by your former supervisor Mr. Loren Goering as summarized in a March 8, 2000, letter from him regarding your abilities as a Park Ranger. You assert that the information provided by Mr. Goering should not be relied upon as the sole basis for the denial of your promotion because for a majority of the time that he was assigned as your supervisor he was either on detail or assigned to the night shift and unavailable to effectively judge your work.

Your grievance provides several reasons why you feel that you should have been granted a retroactive promotion and references two attachments (Attachment A and Attachment B) which evidently you feel will provide documentation regarding your accomplishments and ability to perform the duties of a GS-09 Park Ranger. In that we did not receive the attachments with your grievance, we are unable to either invalidate or authenticate your claims that you have completed/performed all of the criteria and tasks required, i.e., perform as a lead ranger, present a curriculum based education program and develop and conduct a variety of conducted tours, illustrated programs and several interpretive writing products.

We would like to point out that although you may have on numerous occasions presented curriculum based education programs, they must be viewed/evaluated by a supervisor or designee of a supervisor as with the other requirements.

Please provide us the above referenced documents as soon as possible. Once the documents are received, we will provide you with a timely and judicious response. If the documentation that

2

you had originally attached to your grievance does not support that your work has been evaluated by a supervisor or supervisor's designee, we invite you to provide any additional documentation that you may have.

Please forward the requested documents to Michelle A. Stewart, Employee and Labor Relations Specialist, Branch of Employee and Labor Relations, National Capital Region Headquarters Building, Room 244. Ms. Stewart can be reached at (202) 619-7247.


(Sgd.) Richard B. Powers

bcc:
A-Powers
AHR-MStewart
~~NAGC-Cloy~~
HR-Reading File


MStewart:mw: gomezr-1:01/31/01:finalized:cl:

# Memorandum

March 8, 2000

To:        Connie Joy

From:      Loren Goering

CC:        Suzanne Kelley
           Donna Donaldson

Subject:   Promotion of Rachel Gomez

I would like to recommend that Rachel Gomez's promotion from a GS-5 to a GS-7 Park Ranger to be effective as of November 22, 1998. Rachel had one year as a GS-5 as of November 21, 1998.

I began supervising Rachel in April 1999. I consulted with her previous supervisor, Wayne Braxton, about her conduct and performance. Rachel achieved in all elements of her performance appraisal. The only element delaying her promotion was the Interpretive Competency Program. As of her anniversary date, Rachel demonstrated the ability to function at the GS-05 level. She made emotional and intellectual connections to the memorials through formal and informal interpretation. She also demonstrated the ability to perform basic site preservation duties.

Throughout 1999, Rachel submitted tapes of interpretive talks for review. The tapes did not reflect her true abilities to perform formal and informal interpretation. The tapes reflected in part her dissatisfaction with the Interpretive Competency Program, her frustration over the park not having functioning video recording equipment, and her embarrassment over needing to re-tape her talks.

Rachel possesses basic interpretive ability. She is developing knowledge of the park subjects. Rachel has demonstrated the ability to utilize a variety of interpretive skills in connecting the resource to the visitors. Rachel has performed at the GS-5 level (Trainee Park Ranger) and is capable of performing at the GS-7 level (Developmental Park Ranger).

I do not feel that Rachel is ready to be promoted to the GS-9 level. For promotion to the GS-9 level she needs to demonstrate the ability to perform at the GS-7 level. As discussed in her performance appraisal review she will need to demonstrate the ability to perform as a lead ranger, develop and present curriculum based education programs, and develop and present conducted tours, illustrated programs, or an interpretive writing product.

To: Loren Goering, Supervisor
Subject: Formal Grievance
Date: January 16, 2000

It has recently come to the attention of officers of IBPAT, Local 1997 that a letter dated December 20, 1999 from the Acting Regional Director contains a decision regarding the grievance of Adam Cochran, Park Ranger, National Mall. The grievance asked for a retroactive promotion and back pay because his promotion was held up due to the interpretive competencies.

The Acting Director stated that, "There was a misunderstanding over whether or not an employee must meet the competencies and be certified in order to be promoted...While it is highly desirable that employees achieve the competencies, it is not a requirement for promotion. An employee must meet the Office of Personnel Management X-118 qualifications standards and have worked one year at the next lowest grade in order to qualify for promotion.... If an employee meets the X-118 qualifications standards and has demonstrated the ability to perform at the next higher grade, he/she is eligible for a promotion." (See attachment A).

Furthermore, a memo from the Chief of Visitor Services for National Capital Parks Central states, "It will be the policy of National Capital Parks Central for supervisors to initiate promotion when they have determined that the programs and projects identified on an employee's performance plan are acceptable and demonstrate the employee's ability to perform at the next grade level." (See attachment B).

My promotion was held up solely because of the interpretive competencies. Enclosed are copies of my SF-50's, performance plans, and supervisory evaluations (See attachment C), which clearly show that I should have been promoted long ago based on my time in grade, meeting the qualification standards in X-118 and documented ability to perform at the next higher grade level.

SF-50's indicate I was due for promotion from the GS-05 to the GS-07 level on November 22, 1998, in which case, I was due for promotion from the GS-07 to the GS-09 level on November 21, 1999.

I request retroactive promotion with back pay based on the above documentation. The Union looks forward to a timely response on these issues.

Thank you for your consideration in this matter. If you have any questions, please contact Christina Stanczak, National Mall, Ford's Theater, and Old Post Office Union Steward or Leon Barnett, Vice President of the Union.

Respectfully,

*Rachel Gomez*

Rachel Gomez
Park Ranger, National Mall
202-426-6841
202-686-1365