

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Parks–Central
900 Ohio Drive, S.W.
Washington, D.C. 20024-2000

IN REPLY REFER TO:

July 25, 2000

## MEMORANDUM

TO: Brian Hall

FROM: Consuela Joy

SUBJECT: Correction to Grievance dated July 13, 2000

This memorandum is in response to the grievance response letter written on July 13, 2000 from Arnold Goldstein. The grievance contained an error that has been corrected in the attached letter. The previous letter stated, "On August 29, 1999, you were promoted to Park Ranger, GS-025-07/2." However, this was an error. Attached you will find a grievance that reflects a change in this statement.

*[signature: Consuela Joy]*





CORRECTED

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Parks—Central
900 Ohio Drive, S.W.
Washington, D.C. 20024-2000

IN REPLY REFER TO:

July 25, 2000


To:     Brian Hall

From:   Arnold Goldstein, Superintendent

Subject: Formal Grievance


This is in response to your grievance filed in accordance with section 7-09, Step 02, Grievance Procedures, Labor Management Contract between the International Brotherhood of Painters and Allied Trades and National Capital Region, National Park Service, Department of the Interior. This grievance concerns a request for retroactive promotion and back pay due to interpretive competencies.

In making a decision on the case, we have given consideration to the following:
1) Your official personnel folder
2) Written supervisory recommendation for promotion.
3) National Park Service Merit Promotion Plan, FPM Chapter 35, 11a dated 9/91
4) X-118 Qualifications Handbook for General Schedule Positions
5) 5 CFR 550, Subpart H. Sec 550, 805-Back Pay
6) Code of Federal Regulations; §330.102

In an effort to cover all matters of concern to you, I have grouped the issues into various categories as follows:

A) Promotion:

In your grievance you have stated that based on your SF-50's, you were due for promotion to Park Ranger GS-025-07 effective April 11, 1999.

The National Park Service Merit Promotion Plan, Chapter 335,11.a requires the following standards to be met for successive career promotions of an employee in an identified career ladder position:

1) Employee entered the occupation competitively with the full performance level made known to all candidates;
2) Meets qualifications requirements; and
3) Demonstrates ability to perform at the next higher level.

The plan further states, " Promotion of a person occupying a position in a career ladder is not automatic or mandatory. A person may be promoted only upon attaining the qualifications required for promotion and with the recommendation of the supervisor."

The X-118, Qualifications Standards for positions under the General Schedule requires the completion of one year of specialized experience equivalent to the next lower grade level for promotion from one level to the next.

Specialized experience is derived from the Park Ranger, GS-025 classification standards and the position description. The GS-07 Park Ranger is required to develop interpretive programs, select the most appropriate ways to impact information to visitors, and give a first-hand experience to the visitors. Audits, coaches, and other rangers in the interpretive program develop interpretive materials such as pamphlets, exhibits, and signs. The GS-09 Park Ranger develops and presents surveys, lectures, multi-media shows, structured and impromptu tales, guided tours, on and off-site programs to schools, community groups, etc., employing appropriate interpretive techniques and devices geared to the characteristics and interests of particular audiences. The ranger also participates in planning the interpretive program and providing direction and training to rangers in the implementation and obligation of interpretive materials.

A review of your Official Personnel Folder resulted in the following: you were appointed at NACC on November 8, 1998 to a Park Ranger, GS-025-05 with full performance level of Park Ranger, GS-025-09.

In response to your grievance, Duane Erwin, your supervisor, recommended that you be promoted to a Park Ranger, GS-025-07 effective July 27, 1999.

Based on the effective date of your promotion to the Park Ranger, GS-025-09, you do not meet time in grade requirements for promotion to the GS-09 level. In addition, your supervisor has not recommended you for promotion to the Park Ranger, GS-025-09 level.

Based on the review of the information cited above and all pertinent rules and regulations, it is my decision that your promotion actions be corrected to reflect promotion to Park Ranger, GS-025-07 effective at the start of the pay period on August 1, 1999.

All monies involved in this decision will be paid via regular bi-weekly payroll methods, with appropriate tax deductions being made. Monies will be paid in a lump sum, and will be reflected in the adjustment column of your leave and earnings statement. We

anticipate payment to be made by pay period 2000-18 (pay date of September 7, 2000), unless the complexity of the payment requires manual intervention by the Denver Payroll Office. If payment is not received by September 7, 2000, please contact Ms. Mary Luppino at (202) 426-9299.

B) Back Pay

The settlement of your grievance is not covered under the provisions of Back Pay, 5 U.S.C. 5596 (6)(1)(2)(A) and (4). Because your promotion is not mandatory but discretionary with the agency, and there is no requirement in law regulation or the collective bargaining agreement mandating the promotion at any specific time, any payments offered by the agency in settlement of your grievance would not be considered "Back Pay" under the Back Pay Act. Therefore, your request for interest has been denied.

If my decision is not satisfactory, you may submit a grievance in writing to Terry Carlstrom, Regional Director, within fifteen (15) calendar work days after receipt of this decision.

sgd. Arnold M. Goldstein

# The Department of the Interior
## United States National Park Service
## National Capital Region
### National Capital Parks-Central
#### The National Mall
900 Ohio Dr. SW
Washington D.C. 20024-2000

MEMORANDUM

March 13, 2000

To: Suzanne Kelly, Acting Site Manager

From: Duane Erwin, Supervisory Park Ranger

Subject: Promotion for Brian Hall

I recommend that Brian Hall be promoted from a GS-5 to a GS-7 Park Ranger as of 07/27/99.

Brian has more than one year in grade as a GS-5 Park Ranger. He has also rated an "Achieved" on his Employee Performance Plan and Results Report for the last rating period. Brian has demonstrated that he can perform the duties and requirements of GS-5 Park Ranger. On 07/27/99 I audited one of his formal interpretive programs and in my judgment he demonstrated that he is able to present formal interpretive programs that meet the National Park Service standards for Interpretation. He has demonstrated an ability to perform informal interpretation. I feel he demonstrates the skills and abilities necessary to provide a quality interpretive experience for the visitors.

Brian performs all his operational duties at or above the requirements of his position. He helps to ensure quality visitor experiences by maintaining professional work standards and continuing to educate himself about the monuments and memorials of this park. He provides formal and informal interpretation at all the park sites. Brian is able to perform the duties of a Lead Ranger. I believe Brian Hall is capable of performing at the GS-7 level and I recommend his promotion to that level as of 07/27/99.

However, I do not recommend that Brian be promoted to the GS-9 level at this time. It is my opinion that his Interpretive Writing product needs more work before it meets the NPS standards for interpretive writing. The Mall Education Coordinator's records indicate that on 01/04/99 and 01/05/99 he and another GS-05 Park Ranger presented a curriculum based Education Program. He has not presented a curriculum based Education program on his own. He has not been audited in person or by video-tape presenting a curriculum based Educational Program that will meet the NPS standards for Education Programs.