

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Parks-Central
900 Ohio Drive, S.W.
Washington, D.C. 20024-2000

IN REPLY REFER TO:

July 13, 2000

To:     Peter R.R. Lonsway

From:   Arnold Goldstein, Superintendent

Subject: Formal Grievance

This is in response to your January 2, 2000 grievance filed in accordance with section 7-09, Step 02, Grievance Procedures, Labor Management Contract between the International Brotherhood of Painters and Allied Trades and National Capital Region, National Park Service, Department of the Interior. This grievance concerns a request for retroactive promotion and back pay due to interpretive competencies.

In making a decision on the case, we have given consideration to the following:
1) Your official personnel folder
2) Written supervisory recommendation for promotion.
3) National Park Service Merit Promotion Plan, FPM Chapter 35, 11a dated 9/91
4) X-118 Qualifications Handbook for General Schedule Positions
5) 5 CFR 550, Subpart H. Sec 550, 805-Back Pay
6) Code of Federal Regulations; §330.102

In an effort to cover all matters of concern to you, I have grouped the issues into various categories as follows:

A) Promotion:

In your grievance you have stated that based on your SF-50's, you were due for promotion to a Park Ranger, GS-025-07 on May 23, 1999.

The National Park Service Merit Promotion Plan, Chapter 335,11.A requires the following standards to be met for successive career promotions of an employee in an identified career ladder position:



1) Employee entered the occupation competitively with the full performance level made known to all candidates;
2) Meets qualifications requirements; and
3) Demonstrates ability to perform at the next higher level.

The plan further states, " Promotion of a person occupying a position in a career ladder is not automatic or mandatory. A person may be promoted only upon attaining the qualifications required for promotion and with the recommendation of the supervisor."

The X-118, Qualifications Standards for positions under the General Schedule requires the completion of one year of specialized experience equivalent to the next lower grade level for promotion from one level to the next.

Specialized experience is derived from the Park Ranger, GS-025 classification standards and the position description. The GS-07 Park Ranger is required to develop interpretive programs, select the most appropriate ways to impact information to visitors, and give a first-hand experience to the visitors. Audits, coaches, and other rangers in the interpretive program develop interpretive materials such as pamphlets, exhibits, and signs. The GS-09 Park Ranger develops and presents surveys, lectures, multi-media shows, structured and impromptu tales, guided tours, on and off-site programs to schools, community groups, etc., employing appropriate interpretive techniques and devices geared to the characteristics and interests of particular audiences. The ranger also participates in planning the interpretive program and providing direction and training to rangers in the implementation and obligation of interpretive materials.

A review of your Official Personnel Folder resulted in the following: you were appointed at NACC on November 9, 1997 to a Park Ranger, GS-025-05. On April 5, 1999, you were appointed to a career conditional appointment at the GS-05 level.

In response to your grievance, Sue Hansen, your supervisor recommended that you be promoted from a Park Ranger, GS-025-05 to GS-025-07 effective September 5, 1999.

Ms. Hansen determined that you had mastered informal interpretation by September 5, 1999, when you presented your program at the Franklin Delano Roosevelt Memorial. At that time, she felt you had demonstrated the skills and abilities necessary to provide a quality interpretive experience for the visitors. She also stated that you help to ensure a high quality visitor experience by maintaining professional work standards and continuing to educate yourself about the monuments and memorials of the park. It has also been brought to my attention that you have been selected to provide the interpretation for the VIP tour for the Make-A-Wish Foundation and working on a web site for the Vietnam Veterans Memorial.

Based on the review of the information cited above and all pertinent rules and regulations, it is my decision that your promotion actions be corrected to reflect

promotion from Park Ranger GS-025-05 to Park Ranger GS-025-07 effective September 5. 1999.

All monies involved in this decision will be paid via regular bi-weekly payroll methods, with appropriate tax deductions being made. Monies will be paid in a lump sum, and will be reflected in the adjustment column of your leave and earnings statement. We anticipate payment to be made by pay period 2000-18 (pay date of September 7, 2000), unless the complexity of the payment requires manual intervention by the Denver Payroll Office. If payment is not received by September 7, 2000, please contact Ms. Mary Luppino at (202) 426-9299.

B) Back Pay With Interest

The settlement of your grievance is not covered under the provisions of Back Pay, 5 U.S.C. 5596 (6)(1)(2)(A) and (4). Because your promotion is not mandatory but discretionary with the agency, and there is no requirement in law regulation or the collective bargaining agreement mandating the promotion at any specific time, any payments offered by the agency in settlement of your grievance would not be considered "Back Pay" under the Back Pay Act. Therefore, your request for interest has been denied.

If my decision is not satisfactory, you may submit a grievance in writing to Terry Carlstrom, Regional Director, within fifteen (15) calendar work days after receipt of this decision.

*[signature]*

**MEMORANDUM**

January 12, 2000

To: Suzanne Kelley, Acting Site Manager

From: Sue Hansen, Supervisory Park Ranger

Subject: Peter Lonsway's Promotion

I would like to recommend that Peter Lonsway be promoted from a GS-5 to a GS-7 Park Ranger to be effective as of September 5, 1999.

Peter has at least one year in grade as a GS-5 Park Ranger. Peter has demonstrated that he can perform the duties and requirements of GS-5 Park Ranger in the Division of Interpretation. He has successfully demonstrated competency in Informal Interpretation. He has demonstrated he can present formal interpretive programs. His program at the Franklin Delano Roosevelt was formally audited on September 5, 1999. At that time I felt he demonstrated the skills and abilities necessary to provide a quality interpretive experience for the visitors.

Peter performs all his interpretive and operational duties at or above the requirements of his position. He helps to ensure a high quality of visitor experience by maintaining professional work standards and continuing to educate himself about the monuments and memorials of this park. He provides formal and informal interpretation at all the park sites. He has been selected to provide the interpretation for the VIP tour for the Make-A-Wish Foundation. He is currently working on the task group to develop the web site for the Vietnam Veterans Memorial.

Peter Lonsway is an excellent employee and I believe that he is fully capable of performing at the GS-7 level. I would, without any reservations, recommend him for promotion.

Date: January 2, 2000

To: Supervisor of Peter R.R. Lonsway
Subject: Formal Grievance

I, Peter R.R. Lonsway, after conferring with my union (IBPAT Local 1997) representative am hereby filing a formal grievance. I am currently a GS-05 Park Ranger and hold that I was eligible for promotion to GS-07 as of May 23, 1999.

It has recently come to the attention of officers of IBPAT Local 1997, that a letter dated December 20, 1999 from the Acting Regional Director, National Capital Region, contains a decision regarding the grievance of Adam Cochran, Park Ranger, National Mall. His grievance asked for retroactive promotion and back pay because his promotion was held solely due to the Interpretive Competency Program. The decision of the Acting Regional Director was for Park Ranger Cochran, granting him retroactive promotion.

In his decision, the Acting Regional Director, National Capital Region (See attachment A) attributes the error in promotion to a "misunderstanding over whether or not an employee must meet the competencies and be certified to be promoted . . .While it is highly desirable that employees achieve the competencies, it is not a requirement for a promotion." The Acting Regional Director then goes on to state, "An employee must meet the Office of Personnel Management X-118 qualification standards and have worked one year at the next lowest grade level in order to qualify for promotion."

My promotion to GS-07 was help up solely on the basis of not having achieved certification of the appropriate Interpretive Competencies. I have met the time in grade requirement for promotion, as evident in my SF-50's (See attachment B). Please reference my official personnel file as needed. I have also met other qualification standards, as outlined in my performance plans and supervisory evaluations (See attachment C).

I am sending this formal grievance to request retroactive promotion and back pay. I look forward to your timely response to this matter. I hope this issue can be resolved in an efficient and amicable manner. If you have any further questions, please feel free to contact me.

Respectfully,

*Peter RR Lonsway*

Peter R.R. Lonsway
U.S. Park Ranger, National Mall
(H) 703/497-1118
(W) 202/426-6841