

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Parks–Central
900 Ohio Drive, S.W.
Washington, D.C. 20024-2000

IN REPLY REFER TO:

July 13, 2000

To:  Matthew Mc Namer

From:  Arnold Goldstein, Superintendent

Subject:  Formal Grievance

This is in response to your December 28, 1999 Grievance filed in accordance with section 7-09, Step 02, Grievance Procedures, Labor Management Contract between the International Brotherhood of Painters and Allied Trades and National Capital Region, National Park Service, Department of the Interior. This grievance concerns a request for retroactive promotion and back pay due to interpretive competencies.

In making a decision on the case, we have given consideration to the following:

1) Your official personnel folder
2) Title 5. Subpart A-decision in filling vacancies, 330,101, methods of filling vacancies.
3) Written supervisory recommendations for promotion.
4) National Park Service Merit Promotion Plan, FPM Chapter 35, 11a dated 9/91
5) X-118 Qualifications Handbook for General Schedule Positions
6) 5 CFR 550, Subpart H. Sec 550, 805-Back Pay
7) Code of Federal Regulations; §330.102

In an effort to cover all matters of concern to you, I have grouped the issues into various categories as follows:

A) Promotion:

In your grievance you stated the following, "SF-50's indicate that I was due to be promoted to a GS-7 on November 24, 1998 instead of June 24, 1999. I then should have been promoted to a GS-09 on November 24, 1999. Furthermore, I believe that according to OPM regulations and the job announcement that I should have been hired as a GS-07 because I have a Master's Degree. I therefore should have been a GS-07 on April 7, 1997



DEFENDANT'S EXHIBIT

and been promoted to a GS-09 after a year in grade on November 24, 1998. I then should have received a step increase on November 24, 1999. "

The National Park Service Merit Promotion Plan, Chapter 335,11a requires the following standards be met for successive career promotions of an employee in an identified career ladder position:

1) Employee entered the occupation competitively with the full performance level made known to all candidates.
2) Meets qualifications requirements; and
3) Demonstrates ability to perform at the next higher level.

The plan further states, "Promotion of a person occupying a position in a career ladder is not automatic or mandatory. A person may be promoted only upon attaining the qualifications required for promotion and with the recommendation of the supervisor."

The X-118, Qualifications Standards for positions under the General Schedule requires the completion of one year of specialized experience equivalent to the next lower grade level for promotion from one level to the next.

Specialized experience is derived from the Park Ranger, GS-025 classification standards and the position description. The GS-07 Park Ranger is required to develop interpretive programs, select the most appropriate ways to impact information to visitors, and give a first-hand experience to the visitors. Audits, coaches, and other rangers in the interpretive program develop interpretive materials such as pamphlets, exhibits, and signs. The GS-09 Park Ranger develops and presents surveys, lectures, multi-media shows, structured and impromptu tales, guided tours, on and off-site programs to schools, community groups, etc., employing appropriate interpretive techniques and devices geared to the characteristics and interests of particular audiences. The ranger also participates in planning the interpretive program and providing direction and training to rangers in the implementation and obligation of interpretive materials.

A review of your Official Personnel Folder resulted in the following: you were appointed at NACC on May 24, 1998 as a Park Ranger, GS-025-05 with full performance level of Park Ranger, GS-025-09. On June 6, 1998 you were granted a written grade increase from Park Ranger, GS-025-05/02 to GS-025-05/03. On June 6, 1999, you were promoted from a Park Ranger, GS-025-05/3 to a Park Ranger, GS-025-07/2.

In response to your grievance, Duane Erwin, your supervisor, recommended that you be promoted from a Park Ranger, GS-025-05 to GS-025-07 effective May 5, 1999. Mr. Erwin did not recommend your promotion to the GS-025-09 at this time. Mr. Erwin has stated that you demonstrated the skill to present a curriculum based Education Program that meets the NPS standard for education programs. However, you have not yet produced a satisfactory level conducted activity.




# The Department of the Interior
## United States National Park Service
### National Capital Region
National Capital Parks-Central
#### The National Mall
900 Ohio Dr. SW
Washington D.C. 20024-2000

**MEMORANDUM**

March 13, 2000

To: Suzanne Kelley, Acting Site Manager

From: Duane Erwin, Supervisory Park Ranger

Subject: Promotion for Matt McNamer

I would like to recommend that Matt McNamer be promoted from a GS-5 to a GS-7 Park Ranger as of May 5, 1999.

Matt has more than one year in grade as a GS-5 Park Ranger. He has demonstrated that he can perform the duties and requirements of GS-5 Park Ranger. By 05/05/99, he had successfully demonstrated that he could perform effective informal interpretation and give an effective formal interpretive programs that meet the National Park Service standards. I feel he demonstrates the skills and abilities necessary to provide a quality interpretive experience for the visitors.

Matt performs all his interpretive and operational duties at or above the requirements of his position. He helps to ensure a high quality of visitor experience by maintaining professional work standards and continuing to educate himself about the monuments and memorials of this park. He provides formal and informal interpretation at all the park sites. He is able to perform the duties of a Lead Ranger. Matt McNamer is an excellent employee and I believe that he is fully capable of performing at the GS-7 level and I recommend his promotion to that level as of 05/05/99.