

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Parks–Central
900 Ohio Drive, S.W.
Washington, D.C. 20024–2000

IN REPLY REFER TO:

July 13, 2000

To:     Aaron Steketee

From:   Arnold Goldstein, Superintendent

Subject: Notice of Inquiry


This is in response to your Notice of Inquiry filed in accordance with section 7-09, Step 02, Grievance Procedures, Labor Management Contract between the International Brotherhood of Painters and Allied Trades and National Capital Region, National Park Service, Department of the Interior. This inquiry concerns a request for retroactive promotion and back pay due to interpretive competencies.

In making a decision on the case, we have given consideration to the following:
1) Your official personnel folder
2) Written supervisory recommendation for promotion.
3) National Park Service Merit Promotion Plan, FPM Chapter 35, 11a dated 9/91
4) X-118 Qualifications Handbook for General Schedule Positions
5) 5 CFR 550, Subpart H. Sec 550, 805-Back Pay
6) Code of Federal Regulations; ξ330.102

In an effort to cover all matters of concern to you, I have grouped the issues into various categories as follows:

A) Promotion:

In your Notice of Inquiry, you stated that you should have been promoted to Park Ranger, GS-025-07 on July 19, 1999.

The National Park Service Merit Promotion Plan, Chapter 335,11.A requires the following standards to be met for successive career promotions of an employee in an identified career ladder position:



1) Employee entered the occupation competitively with the full performance level made known to all candidates;
2) Meets qualifications requirements; and
3) Demonstrates ability to perform at the next higher level.

The plan further states, " Promotion of a person occupying a position in a career ladder is not automatic or mandatory. A person may be promoted only upon attaining the qualifications required for promotion and with the recommendation of the supervisor."

The X-118, Qualifications Standards for positions under the General Schedule requires the completion of one year of specialized experience equivalent to the next lower grade level for promotion from one level to the next.

Specialized experience is derived from the Park Ranger, GS-025 classification standards and the position description. The GS-07 Park Ranger is required to develop interpretive programs, select the most appropriate ways to impact information to visitors, and give a first-hand experience to the visitors. Audits, coaches, and other rangers in the interpretive program develop interpretive materials such as pamphlets, exhibits, and signs. The GS-09 Park Ranger develops and presents surveys, lectures, multi-media shows, structured and impromptu tales, guided tours, on and off-site programs to schools, community groups, etc., employing appropriate interpretive techniques and devices geared to the characteristics and interests of particular audiences. The ranger also participates in planning the interpretive program and providing direction and training to rangers in the implementation and obligation of interpretive materials.

A review of your Official Personnel Folder resulted in the following: you were appointed to NACC on March 28, 1999 to a Park Ranger, GS-025-05. You were promoted on January 30, 2000 to Park Ranger, GS-025-07.

In response to your inquiry, Duane Erwin, your supervisor, recommended that you be promoted to the Park Ranger, GS-025-07 effective September 13, 1999.

Based on the review of the information cited above and all pertinent rules and regulations, it is my decision that your promotion actions be corrected to reflect promotion from Park Ranger GS-025-05 to Park Ranger GS-025-07 effective September 13, 1999.

All monies involved in this decision will be paid via regular bi-weekly payroll methods, with appropriate tax deductions being made. Monies will be paid in a lump sum, and will be reflected in the adjustment column of your leave and earnings statement. We anticipate payment to be made by pay period 2000-18 (pay date of September 7, 2000), unless the complexity of the payment requires manual intervention by the Denver Payroll Office. If payment is not received by September 7, 2000, please contact Ms. Mary Luppino at (202) 426-9299.

B) Back Pay

The settlement of your grievance is not covered under the provisions of Back Pay, 5 U.S.C. 5596 (6)(1)(2)(A) and (4). Because your promotion is not mandatory but discretionary with the agency, and there is no requirement in law regulation or the collective bargaining agreement mandating the promotion at any specific time, any payments offered by the agency in settlement of your grievance would not be considered "Back Pay" under the Back Pay Act. Therefore, your request for interest has been denied.

If my decision is not satisfactory, you may submit a grievance in writing to Terry Carlstrom, Regional Director, within fifteen (15) calendar work days after receipt of this decision.



# The Department of the Interior
## United States National Park Service
### National Capital Region
### National Capital Parks-Central
#### The National Mall
900 Ohio Dr. SW
Washington D.C. 20024-2000



MEMORANDUM

March 13, 2000

To: Suzanne Kelly, Acting Site Manager

From: Duane Erwin, Supervisory Park Ranger

Subject: Promotion for Aaron Steketee

This memo is to recommend that Aaron Steketee be promoted from a GS-5 to a GS-7 Park Ranger as of 09/13/99.

On 01-19-00 Aaron will have a year in grade as a GS-5. He has also rated an "Achieved" on his Employee Performance Plan and Results Report for the last rating period. On 09/13/99 I audited one of his formal interpretive programs and in my judgment he demonstrated that he is able to present formal interpretive programs that meet the National Park Service standards for Interpretation. Aaron has achieved the national standard in presenting Module 102 (Informal Interpretation). He performs all of his duties at or above the requirements of his position. He is able to make accurate and appropriate decisions concerning the operations of the sites.

I believe that Aaron is capable of performing at the GS-7 level and should be promoted to that level as of 01/19/00.