| George Callahan | ▓▓▓▓▓▓ | EOD 07-20-98 | 3408 | Park Ranger GS-0025-05 |

| Pay Period | Leave Usage & AWOL Charges | Dates Involved | Day of Week |
|---|---|---|---|
| 9901 | no leave taken | | |
| 9902 | no leave taken | | |
| 9903 | no leave taken | | |
| 9904 | 24 sick | 02-11-99 to 02-13-99 | Th-Sa |
| 9905 | 8 sick<br>8 annual<br>16 LWOP<br>40 LWOP | 02-14-99<br>02-18-99<br>02-19-99 to 02-20-99<br>02-21-99 to 02-27-99 | Su<br>Th<br>F-Sa<br>Su-Sa |
| 9906 | 72 lwop<br>8 annual | 02-28-99 to 03-13-99<br>03-04-99 | Su-Sa<br>Th |
| 9907 | 72 lwop<br>8 annual | 03-14-99 to 03-27-99<br>03-18-99 | Su-Sa<br>Th |
| 9908 | 80 lwop | 03-26-99 to 04-10-99 | Su-Sa |
| 9909 | 80 awol | 04-11-99 to 04-24-99 | Su-Sa |
| 9910 | 80 lwop | 04-25-99 to 05-08-99 | Su-Sa |
| 9911 | 33 lwop | 05-16-99 to 05-22-99 | Su-Sa |
| 9912 to 9919 | 640 lwop | 05-23-99 to 09-11-99 | |
| 9920 | 8 lwop | 09-23-99 | Th |
| 9921 | 8 sick<br>8 lwop<br>24 sick ** | 09-27-99<br>10-04-99<br>10-07-99 to 10-09-99 | M<br>M<br>Th-Sa |
| 9922 | 16 sick | 10-14-99 to 10-15-99 | Th-F |
| 9923 | 8 sick<br>8 sick<br>16 sick | 10-25-99<br>10-28-99<br>11-04-99 to 11-05-99 | M<br>Th<br>Th-F |
| 9924 | 4 annual<br>4 sick<br>24 sick | 11-15-99<br>11-15-99<br>1-18-99 to 11-20-99 | M<br>M<br>Th-Sa |

DEFENDANT'S EXHIBIT 13

| | | | |
|---|---|---|---|
| 9925 | 13 awol<br>24 awol | 11-26-99 to 11-27-99<br>12-02-99 to 12-04-99 | Th-F<br>Th-Sa |
| 9926 | 8 awol<br>8 lwop<br>32 lwop | 12-05-99<br>12-06-99<br>12-09-99 to 12-12-99 | Su<br>M<br>Th-Su |
| 0001 | 40 lwop*<br>24 lwop*<br>16 awol* | 12-19-99 to 12-25-99<br>12-26-99 to 12-30-99<br>12-30-99 to 01-01-00 | Su-Sa<br>Su-Th<br>F-Sa |
| 0002 | 80 awol | 01-02-00 to 01-15-00 | |
| 0003 to 0008 | 480 lwop | 01-16-00 to 04-08-00 | |
| 0009 | 80 awol | 04-09-00 to 04-22-00 | |
| 0010 to 0013 | 320 lwop | 04-23-00 to 06-17-00 | |
| 0014 | 80 awol | 06-18-00 to 07-01-00 | |
| 0015 | 16 lwop<br>8 lwop | 07-02-00 to 07-03-00<br>07-06-00 | Su-M<br>Th |
| 0016 to 0017 | no leave taken | | |
| 0018 | 16 sick | 08-17-00 to 08-18-00 | Th-F |
| 0019 | no leave taken | | |
| 0020 | 16 sick | 09-21-00 to 09-22-00 | Th-F |
| 0021 | no leave taken | | |
| 0022 | no leave taken | | |
| 0023 | 8 sick | 11-03-00 | F |
| 0024 | 4 annual<br>4 sick<br>8 annual | 11-16-00<br>11-16-00<br>11-17-00 | Th<br>Th<br>F |
| 0025 | 8 annual<br>8 annual<br>16 LWOP | 11-27-00<br>11-30-00<br>12-01-00 to 12-02-00 | M<br>Th<br>F-Sa |

| 0026 | 16 sick<br>24 LWOP<br>16 sick<br>8 LWOP | 12-03-00 to 12-04-00<br>12-07-00 to 12-09-00<br>12-14-00 to 12-15-00<br>12-16-00 | Su-M<br>Th-Sa<br>Th-F<br>Sa |
| --- | --- | --- | --- |
| 0101 | 72 sick | 12-17-00 to 12-30-00 | Su-Sa |
| 0102 | 48 sick<br>24 LWOP | 12-31-00 to 01-08-01<br>01-11-01 to 01-13-01 | Su-M<br>Th-Sa |
| 0103 | 72 LWOP | 01-14-01 to 01-27-01 | Su-Sa |
| 0104 | 80 LWOP | 01-28-01 to 02-10-01 | Su-Sa |
|  |  |  |  |

filename: callahan.hx

```
 04/30/01            ** FEDERAL PERSONNEL/PAYROLL SYSTEM **              PJ200M3
 13:25:24                       * T&A VIEW SCREEN *                      PJ200N3
 COMMAND: ____  <=====================================================<<<<<<<<
 NAME: CALLAHAN, GEORGE G.        SSN:*███████████         PP: 0104   01/28/01
 DEPT: IN BUR: 10 SUBBUR: NC ORG: 3408                                  02/10/01
 ***************************************************************************
 REVIEW INFORMATION AND PRESS ENTER.
 TO ACCESS NEGOTIATED RATE OR MESSAGE CODE, TYPE 'X' IN FIELD AND PRESS ENTER.
 TYPE 'X' TO ACCESS MESSAGES: _      TYPE 'X' TO ACCESS LEAVE FROM/TO TIMES: _
 REROUTE NET CHECK CODE: N       ADVANCE LEAVE (Y/N): N      MESSAGE CODE: _
    PAY  N 2 S E WK                                 C
    CDE  R R C H IN SUN  MON  TUE  WED  THUR FRI  SAT K    COST STRUCTURE

    030  _ _       1 0800 0800           0800 0800 0800 1  3408      IZI
    030    _       2 0800 0800           0800 0800 0800 1  3408      IZI




 PG 1/1   DAY TOT: 1600 1600 0000 0000 1600 1600 1600    (BOTH WEEKS)
 WEEK 1 TOTAL: 4000     WEEK 2 TOTAL: 4000    BIWEEKLY TOTAL: 8000
                              CERTIFIED BY: GOERING, LOREN K. 02/12/01
 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       NEXT  HELP        ESC   MAIN        TLVW        DOWN                EXIT
```

```
04/30/01              ** FEDERAL PERSONNEL/PAYROLL SYSTEM **              PJ200M3
13:25:25                     * T&A VIEW SCREEN *                          PJ200N3
 COMMAND: ____  <===========================================================<<<<<<<
  AME: CALLAHAN, GEORGE G.       SSN: [REDACTED]              PP: 0105  02/11/01
 DEPT: IN  BUR: 10  SUBBUR: NC  ORG: 3408                                02/24/01
 ******************************************************************************
REVIEW INFORMATION AND PRESS ENTER.
TO ACCESS NEGOTIATED RATE OR MESSAGE CODE, TYPE 'X' IN FIELD AND PRESS ENTER.
TYPE 'X' TO ACCESS MESSAGES: _     TYPE 'X' TO ACCESS LEAVE FROM/TO TIMES: _
REROUTE NET CHECK CODE: N      ADVANCE LEAVE (Y/N): N      MESSAGE CODE: _
   PAY  N 2 S E  WK                                 C
   CDE  R R C H  IN  SUN  MON  TUE  WED  THUR FRI  SAT  K   COST STRUCTURE

   030  --       1  0800 0800            0800 0800 0800 1   3408     IZI
   030  _        2  0800                 0800 0800 0800 1   3408     IZI
   050  _        2       0800                               1   3408     IZI


 PG 1/1   DAY TOT: 1600 1600 0000 0000 1600 1600 1600    (BOTH WEEKS)
 WEEK 1 TOTAL: 4000     WEEK 2 TOTAL: 4000     BIWEEKLY TOTAL: 8000
                            CERTIFIED BY: GOERING, LOREN K. 02/27/01
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      NEXT  HELP        ESC   MAIN        TLVW        DOWN                EXIT
```

```
04/30/01           ** FEDERAL PERSONNEL/PAYROLL SYSTEM **              PJ200M3
13:25:26                      * T&A VIEW SCREEN *                      PJ200N3
 COMMAND: ____  <==================================================<<<<<<<
 NAME: CALLAHAN, GEORGE G.       SSN: [REDACTED]              PP: 0106 02/25/01
 DEPT: IN BUR: 10 SUBBUR: NC ORG: 3408                                 03/10/01
 ***********************************************************************
REVIEW INFORMATION AND PRESS ENTER.
TO ACCESS NEGOTIATED RATE OR MESSAGE CODE, TYPE 'X' IN FIELD AND PRESS ENTER.
TYPE 'X' TO ACCESS MESSAGES:  _     TYPE 'X' TO ACCESS LEAVE FROM/TO TIMES: _
REROUTE NET CHECK CODE: N     ADVANCE LEAVE (Y/N): N    MESSAGE CODE: _
    PAY  N 2 S E WK                                  C
    CDE  R R C H IN SUN  MON  TUE  WED  THUR FRI  SAT K   COST STRUCTURE

    030  -        1 0800 0800           0800 0800 0800 A  3408        IZI
    030  _        2 0800 0800           0800 0800 0800 A  3408        IZI




 PG 1/1   DAY TOT: 1600 1600 0000 0000 1600 1600 1600   (BOTH WEEKS)
 WEEK 1 TOTAL: 4000      WEEK 2 TOTAL: 4000    BIWEEKLY TOTAL: 8000
                                    CERTIFIED BY: GOERING, LOREN K. 03/12/01
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      NEXT  HELP        ESC   MAIN        TLVW        DOWN                EXIT
```

```
04/30/01            ** F_ _RAL PERSONNEL/PAYROLL SYS. .M **                PJ200M3
13:25:52                        * T&A VIEW SCREEN *                        PJ200N3
COMMAND: ____  <===================================================<<<<<<<
  AME: CALLAHAN, GEORGE G.        SSN: ██████████        PP: 0107  03/11/01
  DEPT: IN BUR: 10 SUBBUR: NC ORG: 3408                           03/24/01
  *************************************************************************
REVIEW INFORMATION AND PRESS ENTER.
TO ACCESS NEGOTIATED RATE OR MESSAGE CODE, TYPE 'X' IN FIELD AND PRESS ENTER.
TYPE 'X' TO ACCESS MESSAGES: _     TYPE 'X' TO ACCESS LEAVE FROM/TO TIMES: _
REROUTE NET CHECK CODE: N    ADVANCE LEAVE (Y/N): N    MESSAGE CODE: _
   PAY  N 2 S E WK                                C
   CDE  R R C H IN SUN  MON  TUE  WED  THUR  FRI  SAT K   COST STRUCTURE

   030  _ _     1 0800 0800           0800 0800 0800 A   3408      IZI
   030  _       2 0800 0800           0800 0800 0800 A   3408      IZI




PG 1/1  DAY TOT: 1600 1600 0000 0000 1600 1600 1600    (BOTH WEEKS)
WEEK 1 TOTAL: 4000    WEEK 2 TOTAL: 4000    BIWEEKLY TOTAL: 8000
                             CERTIFIED BY: WELTZEN, ROSANNA Z. 03/24/01
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
NEXT  HELP        ESC   MAIN        TLVW        DOWN                    EXIT
```

```
04/30/01              ** FEDERAL PERSONNEL/PAYROLL SYSTEM **              PJ200M3
13:25:54                        * T&A VIEW SCREEN *                       PJ200N3
  COMMAND: ____  <=================================================<<<<<<<
  NAME: CALLAHAN, GEORGE G.        SSN: [REDACTED]           PP: 0108  03/25/01
  DEPT: IN BUR: 10 SUBBUR: NC ORG: 3408                                04/07/01
  *************************************************************************
REVIEW INFORMATION AND PRESS ENTER.
TO ACCESS NEGOTIATED RATE OR MESSAGE CODE, TYPE 'X' IN FIELD AND PRESS ENTER.
TYPE 'X' TO ACCESS MESSAGES: _      TYPE 'X' TO ACCESS LEAVE FROM/TO TIMES: _
REROUTE NET CHECK CODE: N      ADVANCE LEAVE (Y/N): N       MESSAGE CODE: _
  PAY  N 2 S E WK                                   C
  CDE  R R C H IN SUN  MON  TUE  WED THUR  FRI  SAT K   COST STRUCTURE

  030  --       1 0800 0800          0800 0800 0800 1   3408     IZI
  030   _       2 0800 0800          0800 0800 0800 1   3408     IZI



  PG 1/1   DAY TOT: 1600 1600 0000 0000 1600 1600 1600   (BOTH WEEKS)
  WEEK 1 TOTAL: 4000     WEEK 2 TOTAL: 4000     BIWEEKLY TOTAL: 8000
                         CERTIFIED BY: GOERING, LOREN K. 04/09/01
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
 NEXT  HELP        ESC   MAIN       TLVW        DOWN                    EXIT
```

```
 04/30/01           ** _ERAL PERSONNEL/PAYROLL SY._M **              PJ200M3
 13:25:55                    * T&A VIEW SCREEN *                     PJ200N3
 COMMAND: ____    <=========================================<<<<<<<
 NAME: CALLAHAN, GEORGE G.      SSN: ███████████      PP: 0109  04/08/01
 DEPT: IN BUR: 10 SUBBUR: NC ORG: 3408                           04/21/01
    ****************************************************************
 REVIEW INFORMATION AND PRESS ENTER.
 TO ACCESS NEGOTIATED RATE OR MESSAGE CODE, TYPE 'X' IN FIELD AND PRESS ENTER.
 TYPE 'X' TO ACCESS MESSAGES: _     TYPE 'X' TO ACCESS LEAVE FROM/TO TIMES: _
 REROUTE NET CHECK CODE: N     ADVANCE LEAVE (Y/N): N    MESSAGE CODE: _
    PAY  N 2 S E WK                                    C
    CDE  R R C H IN SUN  MON  TUE  WED  THUR FRI  SAT  K   COST STRUCTURE

    030  _       1 0800           0800 0800 0800 0800 A   3408    IZI
    101  _       2 0800           0800 0800 0800 0800 A   3408    IZI


 PG 1/1   DAY TOT: 1600 0000 0000 1600 1600 1600 1600   (BOTH WEEKS)
 WEEK 1 TOTAL: 4000     WEEK 2 TOTAL: 4000    BIWEEKLY TOTAL: 8000
                        CERTIFIED BY: KELLY, CAROL A. 04/21/01
 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
 NEXT  HELP        ESC   MAIN        TLVW        DOWN                    EXIT
```