# MEMORANDUM

Date: 11/19/00

To George Callahan

From: Duane Erwin

Re: Meeting of 11/13/00

CC: Lance Hatten

George, this is just to follow up on what we discussed last Monday.  Namely that as far as Lance and I know you need to adhere to the same "standard for promotion" as all of the other rangers.  To be promoted from the GS-05 level to the GS-07 level there were two interpretive standards which needed to be met.  You need to create eight written narratives in which your supervisor agrees that an informal contact with a park visitor brought that visitor to a higher level of appreciation for the resource.  You also need to be audited giving a formal interpretive talk which your supervisor believes was successful in creating an opportunity for the audience to make personal, emotional and intellectual connections with the resource.  I know that you are ready to have a talk audited and I will try to do so as soon as possible.  In addition to these two requirements you need to maintain the professional standards of the National Park Service which we all should aspire to.

If you have any documentation or endorsement relating to any other agreement made with the NPS regarding your promotion eligiblity that you could give us Lance has assured me that it would be honored.

We agreed to meet again to discuss his progress and/or needs with the interpretive requirements on December 14 or before.

If you have any needs or questions please feel free to let me know.

