# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**GEORGE G. CALLAHAN**
    **PLAINTIFF**


      **V**                            **# 05 2170  RBW**


**GALE A. NORTON – SECRETARY**
**U.S. DEPARTMENT OF INTERIOR**
      **DEFENDANT**


## PLAINTIFF'S NOTICE TO THE COURT


On Sunday, October 22, 2006, my attorney A. Patricia Frohman Esq. suffered a cerebral hemorrhage. As of the filing of this notice Miss Frohman has been in Georgetown University Hospital and is unable to communicate. Miss Frohman has been representing me from her home where many of the files and communications related to the complaint are located. To dated I have not accessed the aforementioned information.

I will appear before the court "pro se" on November 17, 2006 at 9:00 AM as scheduled.

                    **Respectfully Submitted**

                    George G. Callahan
                    Plaintiff
                    532 – 20th Street, NW Apt # 108
                    Washington, DC 20006 5027
                    (202) 3471668

**RECEIVED**

NOV - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


**GEORGE G. CALLAHAN**
**PLAINTIFF**


**V**                                                **# 05 2170   RBW**


**GALE A. NORTON – SECRETARY**
**U.S. DEPARTMENT OF INTERIOR**
**DEFENDANT**


CERTIFICATE
## ~~AFFIDAVIT~~ OF SERVICE


I, George G. Callahan, mailed a copy of the Plaintiff's Notice To The Court on November 1, 2006 to; W. Mark Nebeker - Assistant U.S. Attorney.


**George G. Callahan**
**532 – 20th Street NW  Apt # 108**
**Washington, DC 20006 – 5027**
**(202) 3471668**