UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE G. CALLAHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, Secretary, U.S. ) <br> Department of the Interior, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-2170 RBW |

## NOTICE OF APPEARANCE

On October 27, 2006, Defendant advised the Court that Defendant's counsel had learned that Plaintiff's counsel, Alice P. Frohman, Esq., had fallen ill, was hospitalized, and was in a coma. On November 1, 2006, Plaintiff, George G. Callahan, also advised the Court of the current health condition of his counsel and his counsel's inability to communicate. Based on the foregoing, Plaintiff sought other counsel to represent him in the above-captioned case.

Please note the appearance of the undersigned counsel as attorneys for Plaintiff in the above-captioned case.

Respectfully submitted,

GREENBERG TRAURIG, LLP

/s/ Steven M. Schneebaum /dmm
Steven M. Schneebaum, DC Bar No. 956250
Debra McGuire Mercer, DC Bar No. 439233
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006
(202) 331-3100
(202) 331-3101

Attorneys for Plaintiff George G. Callahan

November 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Appearance was accomplished through the Court's electronic transmission facilities on this 15th day of November 2006.

*Debra McGuire Mercer*
Debra McGuire Mercer