UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE G. CALLAHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2170 RBW |
| | ) |
| DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to LCvR 7, Plaintiff George G. Callahan hereby files this Unopposed Motion for Extension of Time, requesting an extension of time in which Plaintiff must file his Opposition to Defendant's Motion for Partial Summary Judgment and to Strike. Specifically, Plaintiff requests that the Court permit its Opposition to be filed no later than January 17, 2007 and Defendant's Reply to be filed no later than February 7, 2007. Defendant's counsel does not oppose this Motion.

This is the first request for an extension of time requested by either party in this case. Plaintiff requests this extension of time so that his new counsel will have sufficient time to become familiar with the case and effectively represent Plaintiff. On October 27, 2006, Defendant advised the Court that Defendant's counsel had learned that Plaintiff's counsel, Alice P. Frohman, Esq., had fallen ill, was hospitalized, and was in a coma. Defendant filed its Motion for Partial Summary Judgment and to Strike on October 27, 2006. On November 1, 2006, Plaintiff also advised the Court of the current health condition of his counsel and his counsel's

inability to communicate. On November 15, 2006, the undersigned counsel agreed to represent Plaintiff in the above-captioned case. The Court's grant of the Motion will not impact any previously scheduled deadlines.

    WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this Court to grant its Motion and issue an order extending the time to file Plaintiff's Opposition until January 17, 2007 and the time to file Defendant's Reply until February 7, 2007.[1]

Respectfully submitted,

GREENBERG TRAURIG, LLP

/s/ Steven M. Schneebaum / dmm

Steven M. Schneebaum, DC Bar No. 956250
Debra McGuire Mercer, DC Bar No. 439233
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006
(202) 331-3100
(202) 331-3101

Attorneys for Plaintiff George G. Callahan

November 15, 2006

---

[1] In accordance with LCvR 7(c), a proposed order is attached to this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Plaintiff's Unopposed Motion for Extension of Time was accomplished through the Court's electronic transmission facilities on this 15th day of November 2006.

*Debra McGuire Mercer*
Debra McGuire Mercer