# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GEORGE G. CALLAHAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-2170 RBW** |
| ) | |
| **DIRK KEMPTHORNE, Secretary, U.S.** ) | |
| **Department of the Interior,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

The Court has considered Plaintiff's Unopposed Motion for Extension of Time. Plaintiff requests an extension of time in which Plaintiff must file his Opposition to Defendant's Motion for Partial Summary Judgment and to Strike. Specifically, Plaintiff requests that the Court permit its Opposition to be filed no later than January 17, 2007 and Defendant's Reply to be filed no later than February 7, 2007. Defendant's counsel does not oppose this Motion.

Upon consideration of the Motion and the record before the Court, the Court finds that there is good cause for granting the Motion. Plaintiff's counsel has recently fallen ill and is unable to represent Plaintiff. Plaintiff has sought and retained other counsel to represent him in the above-captioned case. The requested extension of time will allow Plaintiff's new counsel sufficient time to become familiar with the case and effectively represent Plaintiff.

Accordingly, it is hereby ORDERED that Plaintiff's Unopposed Motion for Extension of Time is granted.

_____
UNITED STATES DISTRICT JUDGE

November __, 2007