UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE G. CALLAHAN,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2170 RBW<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's Motion for Partial Summary Judgment and to Strike, Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment and to Strike, and the record of this case, it is hereby

ORDERED that Defendant's motion for partial summary judgment on Count I is denied; and it is

FURTHER ORDERED that Defendant's motion to strike paragraphs 5 through 25 of the Amended Complaint is denied as moot.

_____
UNITED STATES DISTRICT JUDGE