UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE G. CALLAHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary, U.S. )<br>Department of the Interior, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2170 RBW |

**PLAINTIFF'S NOTICE OF FILING EXHIBITS**

Plaintiff hereby files the exhibits referenced in Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment and to Strike, filed January 17, 2007. The exhibits will be filed via the Court's electronic transmission facilities and a courtesy copy will be delivered to chambers.

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Steven M. Schneebaum/dmm*
Steven M. Schneebaum, DC Bar No. 956250
Debra McGuire Mercer, DC Bar No. 439233
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006
(202) 331-3100
(202) 331-3101

Attorneys for Plaintiff George G. Callahan

January 17, 2007

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Plaintiff's Notice o Filing Exhibits was accomplished through the Court's electronic transmission facilities on this 17th day of January 2007.

_Debra McGuire Mercer_
Debra McGuire Mercer