# EXHIBIT 3

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CALLAHAN, GEORGE G. | [redacted] | 05-06-41 | 07-20-98 |

**FIRST ACTION**

| 5-A Code | 5-B Nature of Action |
|---|---|
| 101 | CAREER COND APPT |
| 5-C Code | 5-D Legal Authority |
| ZLM | EEOC CASE #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X |
| 5-E Code | 5-F Legal Authority |
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | PARK RANGER (INTERPRETATION) |
| | 3408 -I0099 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0025 | 04 | 04 | $23798 | PA |

| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $23798 | $0 | $23798 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | NATIONAL CAPITAL REGION |
| | NATIONAL CAPITAL PARKS-CENTRAL |
| | DIV OF INTERPRETATION & RECREN |
| | NATIONAL MALL |
| | WASHINGTON, D.C. |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference to RIF |
|---|---|---|---|
| 1 – 1-None  2-5-Point  3-10-Point/Disability  4-10-Point/Compensable  5-10-Point/Other  6-10-Point/Compensable/30% | 2 – 0-None 1-Permanent 2-Conditional 3-Indefinite | M SEX | YES X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C COVERED BY BASIC FEGLI | 9 NOT APPLICABLE | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 07-20-98 | F FULL - TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FSLA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 – 1-None  2-5-Point  3-SES General  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | | 1830 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA, DISTRI |

| 40. AGENCY DATA FUNC. CLS. 00 | 41. VET-STAT. X | 42. EDUC. LVL. 07 | 43. SUPV. IND. 8 | 44. POSITION-SENSITIVITY NON SENSITIVE |
|---|---|---|---|---|

CK-DS: 8

**45. Remarks**

SPECIAL RATE UNDER 5 U.S.C. 5305.
CODE "K" IN BLOCK 30 INDICATES COVERAGE BY FERS AND FICA
APPOINTMENT AFFIDAVIT EXECUTED 07-20-98
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
APPOINTMENT SUBJECT TO COMPLETION OF ONE YEAR INITIAL PROBATIONARY PERIOD
BEGINNING 07-20-98
SERVICE COUNTING TOWARD CAREER TENURE FROM 07-20-98

Exhibit 43A
Page 1 of 1 pages

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CALLAHAN, GEORGE G. | [redacted] | 05-06-41 | 10-20-98 |

**FIRST ACTION**

| 5-A Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N3M | REG 335.102 EXCEPT TO COMP |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
PARK RANGER (INTERPRETATION)
3408   -I0099

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0025 | 04 | 04 | $23798 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $23798 | $0 | $23798 | $0 |

**15. TO: Position Title and Number**
PARK RANGER (INTERPRETATION)
3408   -I0099

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0025 | 05 | 04 | $25297 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $25297 | $0 | $25297 | $0 |

**14. Name and Location of Position's Organization**
NATIONAL CAPITAL REGION
NATIONAL CAPITAL PARKS-CENTRAL
DIV OF INTERPRETATION & RECREN
NATIONAL MALL
WASHINGTON, D.C.

**22. Name and Location of Position's Organization**
NATIONAL CAPITAL REGION
NATIONAL CAPITAL PARKS-CENTRAL
DIV OF INTERPRETATION & RECREN
NATIONAL MALL
WASHINGTON, D.C.

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference to RIF |
|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other | 0 - None  2 - Conditional | SEA | YES  NO |
| 2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 - Permanent  3 - Indefinite | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| COVERED BY BASIC FEGLI | NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 07-20-98 | F  FULL - TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FSLA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 - None  3 - SES General | E - Exempt | | 1830 |
| 2 - 5-Point  4 - SES Career Reserved | N - Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA, DISTRI |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| CLS. 00 | X | 07 | 8 | NON SENSITIVE |

**45. Remarks**
SPECIAL RATE UNDER 5 U.S.C. 5305.
CODE "K" IN BLOCK 30 INDICATES COVERAGE BY FERS AND FICA

| 46. Employing Department of Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| INT-NAT'L PARK SVS | [signature] PERSONNEL OFFICER |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| IN10 | 2902 | 10-22-98 |

Exhibit 13B
Page 1 of 1 pages

5-Part   50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238