# EXHIBIT 5



United States Department of the Interior 

NATIONAL PARK SERVICE
National Capital Area
1100 Ohio Drive, S.W.
Washington, D.C. 20242

DEC 20 1999

Memorandum

To:  Adam Cochran, Park Ranger, National Capital Parks-Central

From:  Acting Regional Director, National Capital Region

Subject:  Response to Grievance

We are responding to your grievance which was filed July 25, 1999. Your grievance related to your contention that you should be promoted from a GS-5, Park Ranger, to a GS-9, Park Ranger, with backpay.

We understand that subsequent to the grievance being filed you were promoted to a GS-7 on August 29, 1999. The issue of eligibility for promotion has been discussed within the National Capital Region and with staff in the National Park Service Washington Office. There was a misunderstanding over whether or not an employee must meet the competencies and be certified in order to be promoted from a GS-5 to a GS-7 and similarly to the GS-9 level. While it is highly desirable that employees achieve the competencies, it is not a requirement for a promotion. An employee must meet the Office of Personnel Management X-118 qualifications standards and have worked 1-year at the next lower grade in order to qualify for a promotion. The establishment of competencies has the objective of strengthening our program as well as individuals who occupy GS-5 and GS-7 ranger positions. If an employee meets the X-118 qualifications standards and has demonstrated the ability to perform at the next higher grade, he/she is eligible for a promotion. Based on the information available to us, we believe this requirement was met on May 18, 1998, when you completed 1-year under your career-conditional appointment. It is my decision that you should be promoted to a GS-7 retroactive to May 17, 1999. You will be eligible for a GS-9 on May 16, 2000, when you will have completed 1-year at the GS-7 level.

If you are dissatisfied with this decision you may request the Union to invoke arbitration in accordance with Article 7, Section 7-10 of the 1997 Labor Management Agreement between the National Park Service, National Capital Region, and the International Brotherhood of Painters and Allied Trade (IBPAT), Local 1997.



2

Only the Union or the Agency may invoke binding arbitration. A written request for binding arbitration must be forwarded by the Union to the Employee and Labor Relations Office within 30 calendar days following the date of this decision. You may contact Mr. Reginald Barkley, President, IBPAT, Local 1997, at (202) 262-4784.

If you have any questions concerning this decision, please contact Mr. Ken Brodie, Chief, Employee and Labor Relations at (202) 619-7247.

*Joseph M Lawler*

Exhibit 12
Page 5 of 10 pages