# EXHIBIT 6

February 7, 2000

Memorandum

To: All Rangers, National Capital Parks-Central

From: Christie Stanczak, Union Steward

Subject: Meeting to discuss grievances.

I met today with the Assistant Superintendent of Administration for the National Capital Region, Richard Powers; Donna Donaldson, Chief of Visitor Services; Connie Joy, Administrative Officer; Leonard Lee, Union Steward Administration; Reginald Barkley, Union President; and Leon Barnett, Union Vice President to discuss the grievances filed concerning the interpretive competencies. The meeting went well. Several issues were discussed:

So far twenty three grievances have been filed. Park administration is treating each one individually. Connie Joy has met with Donna Donaldson and the Mall supervisors to discuss them. They have come up with a set of minimum standards that have to be met for promotion:

All grades: Sound interpersonal skills, based on conduct and performance.

GS-05: Informal presentation, formal presentation, completing the site checklists.

GS-07: In addition to the GS-05 skills, lead ranger duties, education program (mandatory), and either a walking tour, interpretive writing assignment, cultural resource program or resource management program.

GS-09: In addition to GS-05 and GS-07 skills, interpretive planning and mentoring (Module 330)

These programs will be audited by your supervisor, submission for certification is encouraged, but not mandatory. Donna Donaldson stressed that becoming certified will benefit you when submitting future applications.

Connie Joy will be meeting with each supervisor to decide whether or not they feel their employee has reached these objectives. The supervisor will be required to give Ms. Joy a written statement of the employee's performance based on the work plans, audits, and performance appraisals.

Connie Joy also stated that retroactive promotions will NOT be given based on education. If you were hired off the GS-05 cert, you may be qualified for a higher level if you have a graduate degree, but this doesn't mean the park had to hire you at a higher level. This is not a greivable issue because you had the option to turn the job down when it was offered to you.

Time in grade will count for promotion regardless of the type of appointment, including seasonal time. This must have been at the GS-05 level or above and it must be in the ranger 0025 series. Park Guide time does not count towards this.

Ms. Joy has looked over most of the grievances. She has approximately six left to do. She said she will start sending out decision letters in about ten days starting with the first ones submitted. The union has agreed to give her the extra time as she has an extremely large workload. She has also extended the period for submission of any formal grievances until Friday, February 11, 2000. She made it very clear that you MUST have any grievances in by this Friday or she will not accept them. The union has agreed to this, in order to expedite the grievances and settle the issue once and for all.



The letter of decision will come from Ms. Joy and then she will start working on the calculations for back pay. Back pay will include interest and retirement contributions. If it is decided that you are entitled to back pay, you will be responsible for filing tax returns to show the additional income.

Several other issues also came up. Ms. Joy made it very clear that employees are NOT to stop by unannounced with human resources related questions and or problems. You need to make an appointment.

Also, as your steward I have made the decision that these terms and conditions are acceptable. This might mean that not everyone is getting everything that they have asked for. The main issues, that promotions will not be held up because of the competencies and that employees will receive back pay have been settled to my satisfaction. If you disagree with my decision or the outcome of your grievance, you still have the right to appeal it. Remember that, you must use proper channels when you file grievances. If you have been firing off letters to management or the regional director, please keep me informed, I have to pass this information on to the union president. Also, if you disagree with a decision, tell me and I will help you appeal it. Don't try in invoke arbitration on your own, only the union president has the authority to do this. I have had people sending letters to the regional director in my name (and signing my name) and the name of the union without telling me. I've had people call up region demanding answers when an agreement for a time extension has been worked out. PLEASE, PLEASE keep me informed and direct correspondence towards me, I'll forward it to management. In some of these cases management has refused to look at it because it was sent through the wrong channels and it got bumped back down to me anyway. You're going to be a lot more successful if you have the union behind you than if you try to do these things on your own.

In conclusion, the decisions reached in the meeting today will be signed into a binding contract soon. Once again this is to provide closure for the issue, you are still entitled to appeal to the regional director if you find the outcome of your grievance unsatisfactory.

Once again, if you have any questions, leave a note in my mailbox, I can meet with people on my union days or during research. If and when it comes time for you to meet with management about your grievance, you are entitled to have a union representative present. I will be more than happy to accompany you to these meetings.

Please keep in mind that the union has gone to bat for you. Leon Barnett has spent countless hours working with management and me on these issues. If you haven't joined the union yet, you should really think about doing so now. Also, try to attend some of the meetings to show your support. You can't expect the union to support you if you don't support the union.

Thanks, Christie.