**EXHIBIT 9**

## INTERPRETATIVE PRESENTATION AUDIT RE    T
### National Capital Parks-Central

Interpreter: George Callahan
Observer: Duane Erwin
Start Time: 6 PM
Number of Participants: four (4)

Location: VVM
Date: May 30, 2002
End Time: 6:20 PM

Description of Participants: Two couples from India.  One couple has lived here for several years and were showing a visiting friend/colleague and his wife the city.  They were very well educated visitors.

Special Circumstances: Warm day.  Average crowd.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

### I. Interpretive Development Program Standards:

**Unifying Ideas:**
What was the unifying idea(s) heard by the observer?
The Vietnam Veterans Memorial is a very "American" memorial that reflects America and Americans in very many ways.

**Use of Ideas:**
Was the idea appropriate to the site and the audience?                     Yes ☒ No ☐
Was the idea provocative?                                                   Yes ☐ No ☐
Was the idea memorable?                                                     Yes ☒ No ☐
Did the program demonstrate the cohesive development of a relevant idea or ideas rather than rely on a recital of a chronological narrative or a series of related facts?
                                                                           Yes ☒ No ☐

**Audience/Resource Connection:**
Did the program include information or ideas that related to the interests of the audience?
                                                                           Yes ☒ No ☐
Did the program create an opportunity for the audience to form their own intellectual (tangible) connections to the meanings/significance inherent in the resource?
                                                                           Yes ☒ No ☐
Did the program create an opportunity for the audience to form their own emotional (intangible) connections to the meanings/significance inherent in the resource?
                                                                           Yes ☒ No ☐



Exhibit 9

1

## II. Professional Standards Beyond The Interpretive Rubric:

**Organization:**

Did the program include an appropriate and compelling introduction?    Yes ☒ No ☐

Did the program include an appropriate and compelling conclusion?    Yes ☒ No ☐

Did the various concepts, facts, ideas, and questions presented in the program have logical and easy to follow transitions?    Yes ☒ No ☐

Was the interpreter flexible and adaptive, responding to questions, remarks and unforeseen circumstances?    Yes ☒ No ☐

**Accuracy and Analysis:**

Was the program content understandable and well researched?    Yes ☒ No ☐

Were facts presented objectively?    Yes ☒ No ☐

Were the dates, facts and quotations presented in the program accurate?    Yes ☒ No ☐

Did the program consider or acknowledge multiple perspectives?    Yes ☒ No ☐

**Resource Protection Messages:**

Did the interpreter include information that enhanced the audience's appreciation of park resources?    Yes ☒ No ☐

Did the program inspire stewardship and model appropriate behavior toward the resource?    Yes ☐ No ☒

**Safety Messages:**

In this program, was an appropriate safety message present?    Yes ☐ No ☒

Did the interpreter conduct the program in a safe manner?    Yes ☒ No ☐

## III. Professionalism of Program Presenter:

**Program Logistics:**

Was the interpreter at the talk site early and prepared for the program?    Yes ☒ No ☐

Was the interpreter receptive and welcoming?    Yes ☒ No ☐

Was the interpreter available after the program?    Yes ☒ No ☐

Was the location suitable to the site and the traffic flow?    Yes ☒ No ☐

Was the length of the program appropriate for the audience?    Yes ☒ No ☐

**Appearance:**

Was the Ranger's uniform in good condition?    N/A ☐ Yes ☒ No ☐

Was the Ranger's hat in good shape?    N/A ☐ Yes ☒ No ☐

Were the Ranger's shoes in good condition?    N/A ☐ Yes ☒ No ☐

**Nonverbal Communication:**

Did the interpreter utilize effective body language, facial expressions, eye contact and staging?    Yes ☒ No ☐

Did the interpreter position the audience so they could see the resource being described?    Yes ☒ No ☐

**Verbal Communication:**

Did the interpreter utilize voice tone and volume effectively?    Yes ☒ No ☐

Did the interpreter speak clearly?    Yes ☒ No ☐

Complaint 2 of 3

2

# INTERPRETATIVE PRESENTATION AUDIT REPORT SUMMARY
## National Capital Parks-Central

### IN THE JUDGEMENT OF THE OBSERVER:

**I.** Program was successful in achieving the interpretive goals set forth by the NPS in the Interpretive Development Program and is ready to be submitted for certification.    Yes ☒ No ☐

**II.** Program was presented in an accurate and organized manner.    Yes ☒ No ☐

**III.** Program was presented in a conscientious and professional manner.    Yes ☒ No ☐

**IV.** Program indicates that this Ranger is presenting formal interpretation appropriate for their grade level or above.    Yes ☒ No ☐

| Observer's Signature: _Diane Erwin_ | Date: _5/30/02_ |
|---|---|

**Observer's Critique, Overall Summation and Suggestions:** (Observer, comment in this section on any box marked no.)

The program seemed just what they wanted. You tailored your program to your audience very well. The ideas in the program were appropriate for this group and went well beyond just reciting facts. The program related to their interest in the memorial and you gave information which let them make connections to the memorial. This went far with this group since they were obviously better educated and knew more of the history of Vietnam than most visitors.

The emotional connections you made were outstanding. I was impressed with your knowledge of the story behind several people whose names are on the wall. Talking about them and what they were doing when they were lost was very poignant. Talking about Maya Lin being American (from Ohio) and the Three Servicemen Statue representing different ethnic groups while still representing Americans reinforced the idea that the memorial represents America.

Two things you need to watch for future programs at the things too many rangers forget: Safety Message and Resource Protection Message. Especially at the Vietnam Veterans Memorial you need to warn them not to trip on the foot lights. While I feel this program made them appreciate the memorial better you could try to talk a bit about the care the NPS gives the memorial and even though I know it was hot remember not to lean on the Wall or what ever resource you are at unless you have to.

Your eye contact was good. I appreciated the fact that you spoke directly to each person in the group and even to several people who were passing by. All your communication skills were good and you seemed very comfortable giving this program. Don't be too comfortable though. I noticed your hands in your pockets too often.

The visitors were very pleased with the information you gave and the warmth with which you gave it. I was very impressed with their complimentary remarks when they departed. This was overall an outstanding program.

| Interpreter's Signature: _____ | Date: _5-30-2002_ |
|---|---|

**Interpreter's Comments:** (On back.)

_Complaint ex_
_3 of 3_

3