```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

GEORGE G. CALLAHAN              )
                                )
     Plaintiff,                 )
                                )
        v.                      ) Civil Action No. 05-2170 RBW
                                )
DIRK KEMPTHORNE,¹ Secretary,    )
  U.S. Department of            )
  the Interior,                 )
                                )
     Defendant.                 )
_____)
```

### UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to reply to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment And To Strike in this action up to and including February 22, 2007.[2]  Plaintiff, through counsel, Steven Schneebaum, Esq., has indicated this date that Plaintiff does not oppose this motion.

This enlargement of time is sought because the parties are intending to meet next week in an effort to resolve this matter without further need to involve the Court.  Defendant believes that efforts next week will be better expended on settlement discussions than in drafting the needed reply.  In addition,

---

[1]  Mr. Kempthorne has been substituted as the proper defendant by operation of Fed. R. Civ. P. 25(d).

[2]  This is defendant's first motion for an enlargement of time sought in the case.  Plaintiff has secured one enlargement of time.

Defendant will require some additional time to complete the process of gathering documentation and summarizing the information in that documentation for inclusion in the needed reply.  Moreover, in addition to the settlement discussions in this action, the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter must also complete two other significant filings by Thursday of next week.

    Wherefore, Defendant seeks an enlargement of time in this action.  A proposed Order is attached hereto.

                        Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof and a proposed Order has been made through the Court's electronic transmission facilities on this 2nd day of February, 2007.

```
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```