UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE G. CALLAHAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2170 RBW |
| | ) |
| DIRK KEMPTHORNE, Secretary, | ) |
| U.S. Department of | ) |
| the Interior, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor, and based upon the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED that Defendant's Unopposed Motion For An Enlargement Of Time should be and it hereby is granted; and it is,

FURTHER ORDERED that the time by which Defendant may file a reply to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment And To Strike in this action be and is hereby enlarged up to and including February 22, 2007.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER            DEBRA MCGUIRE MERCER, ESQ.
Assistant U.S. Attorney    STEVEN SCHNEEBAUM, ESQ.
Civil Division             GREENBERG TRAURIG, L.L.P.
555 4th Street, N.W.       800 Connecticut Avenue, NW
Washington, DC  20530      Suite 500
                           Washington, DC  20006