**Performance Agreement to Achieve & Maintain Competency at the GS-05 Level**

Rachel Gomez, Park Ranger                   Wayne Braxton, Supervisory Park Ranger

Goal 1 - Become grounded in th prinicples of Module 101
    Read materials on Module 101
    Do exercises outlined in Module 101
    Discuss with Supervisor

        or

    Attend a Module 101 training.

    Completed by __9-30-99__.

Goal 2 - Integrate Module 101 principles into all aspects of interpretive services.
    Examine talk outlines and adjust as appropriate.
    Review with Supervisor.
    Strategize with Supervisor ways to obtain additional developmental opportunities as needed.

    Completed by __9-30-99__.

Goal 3 - Start collecting interpretive contacts for the Informal Interpretation Log.
    Collect eight useable contacts.
    Review with Supervisor using the rubric.
    Submit log for Informal Interpretation (102) Assessment.
    When notification is received, either revise and resubmit or maintain competency.

    Completed by __9-30-99__ Certified 1-13-99

Goal 4 - Produce tape for Formal Interpretation (103) Assessment.
    Submit outline for talk.
    Develop talk for assessment.
    Tape talk.
    Review tape with Supervisor using the rubric.
    Either submit or try again.
    When notification is received, either review comments and tape, revise and re-submit or maintain competency.

    Completed by __9-30-99__.



EXHIBIT 15
CA 05-2170

**Performance Agreement to Achieve & Maintain Competency at the GS-05 Level**

Brian Hall, Park Ranger                    Loren Goering, Supervisory Park Ranger

Goal 1 - Integrate Module 101 principles into all aspects of interpretive services.
    Examine talk outlines and adjust as appropriate.
    Review with Supervisor.
    Develop strategies with Supervisor to obtain additional developmental opportunities as needed.

    Completed by _Continuous_.

Goal 2 - Start collecting interpretive contacts for the Informal Interpretation Log.
    Collect eight useable contacts.
    Review with Supervisor using the rubric.
    Submit log for Informal Interpretation (102) Assessment.
    When notification is received, either revise and resubmit or maintain competency.

    Completed by _Jan 1, 1999_.

Goal 3 - Produce tape for Formal Interpretation (103) Assessment.
    Submit outline for talk.
    Develop talk for assessment.
    Tape talk.
    Review tape with Supervisor using the rubric.
    Either submit or try again.
    When notification is received, either review comments and tape, revise and resubmit or maintain competency.

    Completed by _July 4, 1999_

Submitted 4/30/99

Performance Agreement to Achieve & Maintain Competency at the GS-05 Level

Jerold Hawn, Park Ranger                                  Sue Hansen, Supervisory Park Ranger

Goal 1 - Become grounded in the principles of Module 101
   Read materials on Module 101
   Do exercises outlined in Module 101
   Discuss with Supervisor

                          or

   Attend a Module 101 training.

   Completed by _April 1, 1999_

Goal 2 - Integrate Module 101 principles into all aspects of interpretive services.
   Examine talk outlines and adjust as appropriate.
   Review with Supervisor.
   Strategize with Supervisor ways to obtain additional developmental opportunities as needed.

   Completed by _September 30, 1999_

Goal 3 - Start collecting interpretive contacts for the Informal Interpretation Log.
   Collect eight useable contacts.
   Review with Supervisor using the rubric.
   Submit log for Informal Interpretation (102) Assessment.
   When notification is received, either revise and resubmit or maintain competency.

   Completed by ~~January 1, 1999~~. March 1, 1999 JLH   SMH certified 5/26/99

Goal 4 - Produce tape for Formal Interpretation (103) Assessment.
   Submit outline for talk.
   Develop talk for assessment.
   Tape talk.
   Review tape with Supervisor using the rubric.
   Either submit or try again. Submitted 10/1/98
   When notification is received, either review comments and tape, revise and re-submit or maintain competency.

   Completed by _January 1, 1999_  Re-Submitted 7/27/99

(3)

Performance Agreement to Achieve & Maintain Competency at the GS-05 Level

Peter Lonsway, Park Ranger

Sue Hansen, Supervisory Park Ranger

Goal 1 - Become grounded in the principles of Module 101
  Read materials on Module 101
  Do exercises outlined in Module 101
  Discuss with Supervisor

  or

  Attend a Module 101 training.

  Completed by __9/30/99__  completed 8/5/99

Goal 2 - Integrate Module 101 principles into all aspects of interpretive services.
  Examine talk outlines and adjust as appropriate.
  Review with Supervisor.
  Strategize with Supervisor ways to obtain additional developmental opportunities as needed.

  Completed by __9/30/99__

Goal 3 - Start collecting interpretive contacts for the Informal Interpretation Log.
  Collect eight useable contacts.
  Review with Supervisor using the rubric.
  Submit log for Informal Interpretation (102) Assessment.
  When notification is received, either revise and resubmit or maintain competency.

  Completed by __9/30/99__  Submitted 9/26/99

Goal 4 - Produce tape for Formal Interpretation (103) Assessment.
  Submit outline for talk.
  Develop talk for assessment.
  Tape talk.
  Review tape with Supervisor using the rubric.
  Either submit or try again.
  When notification is received, either review comments and tape, revise and re-submit or maintain competency.

  Completed by __9/30/99__

(4)



## Performance Agreement to Achieve & Maintain Competency at the GS-05 Level

**Matt McNamer, Park Ranger**             **Loren Goering, Supervisory Park Ranger**

Goal 1 - Integrate Module 101 principles into all aspects of interpretive services.
    Examine talk outlines and adjust as appropriate.
    Review with Supervisor.
    Develop strategies with Supervisor to obtain additional developmental opportunities as needed.

    Completed by _____.


Goal 2 - Start collecting interpretive contacts for the Informal Interpretation Log. *Cantifu*
    Collect eight useable contacts.
    Review with Supervisor using the rubric.
    Submit log for Informal Interpretation (102) Assessment.
    When notification is received, either revise and resubmit or **maintain competency.**

    Completed by *Dec 31, 1998*.


Goal 3 - Produce tape for Formal Interpretation (103) Assessment.
    Submit outline for talk.                                    *Centifu*
    Develop talk for assessment.
    Tape talk.
    Review tape with Supervisor using the rubric.
    Either submit or try again.
    When notification is received, either review comments and tape, revise and re-submit or **maintain competency.**

    Completed by *Dec 31, 1998*.


*Supervisors commitment - Review products, give comments.*
*Provide research time.*